IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| RICHARD BURNS as ADMINISTRATOR of the ESTATE of PATRICK BURNS, (deceased),<br><br>Plaintiff,<br>vs.<br><br>NEIL WILLIAMSON, as SHERIFF OF SANGAMON COUNTY, LIFESTAR AMBULANCE SERVICE, INC., et al., et al.,<br>Defendants. | Cause No. 11-CV-03020 |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2013 Plaintiff served Plaintiffs' Responses and Objections to the Request for Production by Defendants Lifestar Ambulance Service, Inc., Jamie Rompot and Barbara Guffey relating to Plaintiff's Expert **MICHAEL D. LYMAN, PHD** upon Defendants by emailing and mailing true and correct copies as follows to the following:

Thomas H. Wilson
400 South Ninth Street, Suite 100
Springfield, IL 62701
thw@heplerbroom.com
aramage@hinshawlaw.com
Attorney for Defendant Lifestar

David N. Damick
211 North Broadway, Suite 2420
St. Louis, MO 63102
dnd@damicklaw.com
Attorney for Plaintiff

Charles R. Schmadeke, Esq.
Andrew M. Ramage, Esq.
Hinshaw & Culbertson, LLP
40 South Ninth Street, Suite 200
Springfield, IL 62701
cschmadeke@hinshawlaw.com
aramage@hinshawlaw.com
Attorney for Defendant Sangamon County

            By: s/James C. Ochs
            JAMES C. OCHS, ARDC #6141902
            149 N. Meramec, 2nd Floor
            Clayton, MO 63105
            Telephone: (314) 727-2111
            Facsimile: (314) 727-2110
            jochs@ochsklein.com
            ATTORNEY FOR PLAINTIFF