IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Estate of PATRICK BURNS, deceased ) | |
| By Richard Burns, Executor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 11-CV-03020 |
| ) | |
| NEIL WILLIAMSON, ) | |
| AS SHERIFF OF SANGAMON COUNTY, ) | |
| in his official capacity; et al, ) | |
| ) | |
| Defendants. ) | |

**INDEX FOR MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO BAR OPINION TESTIMONY OF DR. JOHN RALSTON AND WALT A. STOY, PhD**

Defendant LifeStar Ambulance Service, Inc. ("LifeStar"), by its attorneys HEPLERBROOM, LLC, Thomas H. Wilson of counsel, attaches and submits the following evidence in support of (1) Defendant LifeStar Ambulance Service's Motion for Summary Judgment, (2) Defendants' Joint Motion to Bar Opinion Testimony of Dr. John Ralston Pursuant to Federal Rule of Evidence 702, and (3) Defendant LifeStar Ambulance Service's Motion to Bar Opinion Testimony of Walt A. Stoy, PhD Pursuant to Federal Rule of Evidence 702:

    1.    Transcript of November 28, 2012, Deposition of Dr. John Ralston (with exhibits).

    2.    Transcript of February 28, 2014, Deposition of John W. Ralston, MD.

3.   Transcript of Deposition of Walt A. Stoy, PhD (with exhibits).

4.   Transcript of Deposition of Jamie Rompot.

5.   Transcript of Deposition of Barbara Hampton (with exhibit).

6.   Transcript of Deposition of Michael Harth.

7.   Transcript of Deposition of Terry Roderick.

8.   Transcript of Deposition of John Osmer.

9.   Transcript of Deposition of Andrew Brashear.

10.  Transcript of Deposition of Betty Retherford (selected pages).

11.  Transcript of Deposition of Lisa Miller (selected pages).

12.  Transcript of Trial Testimony of Donald T. Reay, MD.

13.  Expert Report of Tom S. Neuman, MD.

14.  Expert Report of Michael Graham, MD.

15.  Autopsy Report prepared by Jessica H. Bowman, MD.

Respectfully submitted,

LIFESTAR AMBULANCE SERVICE, INC.,
Defendant

By: /s/ *Thomas H. Wilson*
        One of its Attorneys

Thomas H. Wilson, #6202141
Jessica L. Galanos, #6297022
HEPLERBROOM, LLC
4340 Acer Grove Drive, Suite A
Springfield, IL 62711
(217) 528-3674 (telephone)
(217) 528-3964 (fax)
E-mail: thw@heplerbroom.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of October, 2014, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


David N. Damick
One Metropolitan Square, Suite 2420B
211 North Broadway
St. Louis, Missouri 63102-2733
Telephone:  (314) 231-0570
Facsimile:  (314) 621-8639
dnd@damicklaw.com

James C. Ochs
149 N. Meramec, 2nd Floor
Clayton, MO 63105
Telephone:  (314) 727-2111
Facsimile:  (314) 727-2110
jochs@ochsklein.com

Theresa M. Powell
Joseph N. Rupcich
Heyl, Royster, Voelker & Allen
3731 Wabash Avenue
Springfield, IL  62791-9678
Telephone: (217) 522-8822
Facsimile: (217) 523-3902
tpowell@heylroyster.com
jrupcich@heylroyster.com


                                                */s/ Thomas H. Wilson*