**Tom S. Neuman, M.D., FACP, FACPM**
**579 Amphitheater Drive**
**Del Mar, California 92014**
**619-755-0795**

March 17, 2014

Ms. Raylene DeWitte Grischow
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200,
Springfield, Illinois, 62701-1908

Dear Ms. Grischow:

Per your request, I have reviewed the records you have forwarded to me. In accordance with that request, I have provided you my opinions concerning what role, if any, restraint (i.e. so called "positional asphyxia", "compressive asphyxia," or "restraint asphyxia") or Taser® activations may have played in the death of Mr. Burns. Additionally I am also offering some comments upon the statements made by Dr. Ralston in his deposition.

The documents I have reviewed thus far are:
1. Case Report of Officer Harth
2. Supplemental Report of Officer Brashear
3. Supplemental Report of Officer Roderick
4. Supplemental Report of Officer Osmer
5. Autopsy report of Dr. Bowman
6. Lifestar ambulance report
7. Temporary Death Certificate
8. Final Death Certificate
9. Medical records from Memorial Medical Center (MMC)
10. Prior Health records of Mr. Burns
11. Certification of Death Record
12. Autopsy Report of Dr. Ralston
13. Deposition transcript of Officer Brashear
14. Deposition transcript of Officer Osmer
15. Deposition transcript of Officer Harth
16. Deposition transcript of Officer Roderick
17. Deposition transcript of EMT Hampton
18. Deposition transcript of EMT Rompot
19. Deposition transcript of ER Nurse Miller
20. Deposition transcript of ER Nurse Retherford
21. Deposition transcript of Dr. Ralston (two depositions)
22. Plaintiff's Disclosure of Expert Witnesses
23. Deposition transcript of Dr. Calvin Bell
24. Deposition transcript of Michael Lyman
25. Report of Dr. Michael Graham

I believe I have the appropriate experience and knowledge to provide you with these opinions, as I am one of only a handful of physicians in the United States who has, through direct experimentation, investigated the physiological effects of restraint positions and specifically their effect upon ventilation and blood oxygen levels. Additionally, I have also studied the physiologic effects of Taser® applications insofar as their effect upon ventilation, the heart, and the changes such activations cause in the chemical composition of the blood. The information I am providing you is based upon my own research in this field as well as the publications of other individuals who have conducted experiments utilizing recognized procedures and objective end points. These materials have been published in peer-reviewed journals and all of the pertinent references to my publications can be found on my curriculum vitae (attached) and other references are found in the reference lists of the above publications (some of which may, as necessary, may be used as exhibits).

As background, I am a physician licensed to practice medicine in the State of California. I am employed by the University of California San Diego Medical Center in a part time fashion, but until July 1, 2006, I was a Professor of Medicine and Surgery at UCSD and the Associate Director of the Department of Emergency Medicine.  As of that date I partially retired and now hold the position of Emeritus Professor of Medicine. I am active in ongoing research in the field of restraint-associated deaths and I continue to be an Attending Physician in the Department of Emergency Medicine as the Director of Research for one of the Emergency Departments divisions. I am Board Certified in Internal Medicine, Pulmonary Disease, Emergency Medicine, Occupational Medicine, and Undersea and Hyperbaric Medicine.  I do not feel it is necessary for me to further describe my activities and achievements as they are fully described in my curriculum vitae, which as noted above is attached to this letter.

As a basic caveat, I must remind you that opinions are always based upon the specific facts at hand. Should additional material become available that alters the basic facts as I understand them, I must reserve the right to amend my opinions.

Based upon the above material, the more important facts appear to be:
1. Because of Mr. Burns's behavior police were summoned.
2. A confrontation developed between officers and Mr. Burns developed
3. Mr. Burns's behavior was agitated and delirious.
4. During that confrontation multiple Taser® discharges took place some of which were ineffective
5. Ultimately Mr. Burns was restrained in a so-called "hogtied" position with his face to the side.
6. He was placed on an ambulance gurney in that position.
7. During transport to the hospital he continued to scream and yell until just before the arrival of the ambulance at MMC.
8. During transport his airway and breathing were visually monitored by EMT Rompot
9. Officers in the ambulance also observed that Mr. Burns was breathing throughout the transport
10. An officer on the ambulance confirmed that EMT Rompot was visually monitoring him throughout transport

11. Upon arrival at MMC Mr. Burns was moved to an examination room
12. During the movement to the examination room EMT Rompot reports she reassessed Mr. Burns and that he was still breathing
13. During that transport Mr. Burns was noted to be moaning by Ms. Retherford
14. Ms. Retherford also noted that Mr. Burns lifted his head during that transport.
15. As Mr. Burns was being transferred to an ER gurney he became silent and he was noted to have stopped breathing.
16. At that point he was also noted to be pulseless
17. Resuscitation began and Mr. Burns was intubated without difficulty.
18. His initial electrocardiographic rhythm was asystole
19. Although a return of spontaneous circulation was achieved Mr. Burns suffered irreversible neurological injury and he ultimately died 5 days later.
20. The admission hospital blood screen revealed the presence of cocaine
21. An autopsy performed by Dr. Bowman revealed an enlarged heart (440 grams) and mild to moderate coronary artery disease.
22. Autopsy toxicology revealed the presence of cocaine and it's major metabolite as well as THC and multiple psychiatric drugs.
23. Death was ascribed to "excited delirium due to cocaine abuse."
24. A second autopsy was performed by Dr. Ralston, which additionally revealed left ventricular hypertrophy (LV wall thickness of 1.7 cm.).
25. Dr. Ralston ascribed death to "anoxic brain injury due to restraint in a prone position while hogtied."

In order to assess what role, if any, asphyxia (of any sort; positional, restraint, or compressive) or Taser® activations may have played in Mr. Burns's death there are a number of questions that should be addressed. Those questions are:

1. Is the sequence of events clinically compatible with asphyxia or another cause of death?
2. Is there anatomic (i.e. physical evidence found at autopsy) evidence to support or prove a specific diagnosis?
3. Are there experiments in the literature that would suggest asphyxia could occur under circumstances such as occurred in this case?
4. Does the underlying basic physiology support a diagnosis of asphyxia under circumstances such as these?
5. Is it more likely than not a Taser® activation contributed to Mr. Burns's death?

**Is the sequence of events clinically compatible with asphyxia or another cause of death?**

In order to answer this first question one must understand that death from asphyxia (from any cause; positional, restraint, or otherwise) is the progressive process of oxygen deprivation of the vital organs. The brain is generally the organ most sensitive to deprivation of oxygen and thus individuals who are being asphyxiated, will in the majority of cases, lose consciousness as the first gross manifestation of hypoxemia (low blood oxygen) about 2 minutes after the *complete* cessation of breathing. If, however, *complete* cessation of breathing continues beyond approximately 2 minutes, eventually the heart will then stop beating. In drowning (which is a form of asphyxia) the additional

3

time after the loss of consciousness until the heart stops beating is generally thought to be approximately 3 minutes but in other forms of pure asphyxia there are data that demonstrate it takes as long as 10 minutes for the heart to stop beating (i.e. non-drowning cases). The sequence of events I reviewed in this case appears to be quite different than the expected sequence of events in asphyxial events. In this case, Mr. Burns is noted to be breathing during his entire transport to the hospital. Initially he is screaming and yelling, but throughout the transport the EMT is monitoring his airway and respiratory status. Mr. Burns is also noted to be breathing by three witnesses as he is brought into the Emergency Room, noted to have a pulse by one observer, and lifting his head. It is clear therefore that he is alive at that point and conscious (lifting his head is a volitional act). It is only as he is being transferred to an ER gurney that he is noted to have stopped breathing and lost his pulse as essentially simultaneous events.  The simultaneous loss of pulse and ventilation is the classic sequence of events in a sudden cardiac death. Thus in this case the clinical sequence of events is not compatible with asphyxia but is essentially diagnostic of a sudden cardiac death.

**Is there anatomic (i.e. physical evidence found at autopsy) evidence to support or prove a specific diagnosis?**

There were no specific findings in the autopsy that was performed that prove the cause of death. However, the autopsy does reveal there is evidence of heart disease that is consistent with a sudden cardiac death. Specifically, according to the autopsy reports, Mr. Burns had an enlarged heart as well as left ventricular hypertrophy. These findings are associated with an increased incidence of sudden cardiac death. Additionally heavy exertion is also associated with an increased incidence of sudden cardiac death. Finally the presence of cocaine in his bloodstream coupled with his behavior is consistent with the excited delirium syndrome, which is also associated with deaths such as these.

**Are there experiments in the literature that would suggest asphyxia could occur under circumstances such as occurred in this case?**

By way of background, positional or restraint asphyxia is a term that was initially used to describe the deaths of individuals who were found in body positions that compromised respiratory (ventilatory) function.  Most commonly, these cases involved individuals in whom their position led to obstruction of the upper airway (such as from extreme head-neck hyperflexion) and who were generally alcohol intoxicated (to the point of being unable to remove themselves from the lethal position), or severely demented.  In the late 1980s, this term was applied as a cause of death in reports of sudden deaths that occurred to persons who were being restrained while in custody. It had been and continues to be observed that individuals, most commonly under the influence of a variety of drugs, but for that matter, individuals in an agitated state (i.e. "*excited delirium*") from any cause, may die suddenly. Since many of these individuals are in a restraint position at the time of their death, it was hypothesized the position might somehow play a role in these deaths. It is critical to be aware however, the experimental basis for the concept restraint positioning causes asphyxia comes from a single article by Dr. Donald Reay published in the late 1980's.  Since that article was published some physicians have ascribed a variety of in custody deaths to asphyxia in a number of case series. Ultimately, these case series all reference Dr. Reay's work or other case series as the bases of their conclusions. There

were however major problems with this research, which first generated the notion of asphyxia related to restraint positions.  Some of these problems were: (1) the premises were incorrect, (2) the methodology was inappropriate, (3) the logic was flawed, and (4) the statistics were in error. Indeed Dr. Reay has now written, "the hog-tied prone position should be viewed as not producing significant physiologic respiratory compromise, and it does not produce any serious or life-threatening respiratory effects" and he has testified that the "hog-tie" position is physiologically neutral.

In 1997 my colleagues and I, working at University of California, San Diego, published the first of over half a dozen peer-reviewed papers that clearly demonstrated the prone restraint position does not result in changes in ventilation sufficient to cause asphyxia. We also demonstrated this position, after very heavy exercise, has no effect upon the amount of oxygen or carbon dioxide in the blood.  Indeed, there is not one experimental paper in the peer reviewed literature that demonstrates either the maximum restraint position or the prone position cause an alteration in the amount of oxygen in an individual's blood, which is the requirement necessary for asphyxia to occur.

I must also state that I am somewhat perplexed by the basis some of Dr. Ralston's opinions. Other than positional asphyxiation, Dr. Ralston seems to imply in his deposition dated November 28, 2012, that Mr. Burns's upper airway might have been obstructed either because his head was not to the side or because his head was pressed down in such a way as to occlude his airway. Clearly obstruction of the upper airway can lead to an asphyxial death, however there is what to me is unambiguous testimony by several individuals that Mr. Burns was consistently monitored throughout his transport for the specific purpose of ensuring that his airway was clear and that he was able to breathe. Furthermore Nurse Retherford states Mr. Burns was lifting his head as he was rolled into the ED (although Officer Roderick does not remember this) and an officer had his hand on Mr. Burns's head. In none of the material I reviewed did I note a statement that Mr. Burns's head was pressed into a mattress or pillow.

Although there was a temporal relationship between Mr. Burns's restraint and his death, one must be careful about ascribing causality to a temporal relationship. The rooster crows and then the sun comes up. No one would suggest that the sun comes up *because* the rooster crows in spite of the clear-cut *temporal* relationship. Ascribing causality because of a temporal relationship is a classical logical error and it even has a specific Latin phrase for this error. It is called a "*post hoc ergo propter hoc*" argument.

**Does the underlying basic physiology support a diagnosis of asphyxia under circumstances such as these?**

The notion that minimal loads upon the chest and or abdomen will cause hypoxemia (low blood oxygen) by sufficiently limiting ventilation and the movement of the diaphragm is based upon basic misunderstandings of ventilatory physiology. It has been opined that when an individual is restrained in the 4 point prone maximum restraint position (PMRP) and then if weight is applied to the individual's back, the compression of the abdomen pushes up on the diaphragm limiting the individual's ability to breathe.  However, these opinions have been made without the benefit of data to support them. The data that do exist for abdominal compression of this sort clearly demonstrate abdominal compression

5

does not adversely affect ventilatory response to exercise in the PMRP. Again actual experiments refute these opinions but a basic understanding of the ventilatory system's ability to adapt to external loading and a basic appreciation of muscle physiology and diaphragmatic anatomy would have led one to the same conclusion.

Additionally, individuals unfamiliar with the kinds and meaning of the spirometric indices measured in our studies have often misunderstood the changes we have observed and they have stated these changes represent a "reduction in breathing." or "difficulty breathing."  These indices are measurements of what a restrained individual is *capable* of and they are not measurements of what restrained individuals *actually do* or *need to do* in response to a given level of exertion. From the point of view of basic physiology, for someone well versed in the science of ventilation and with an understanding of exercise physiology, it is a relatively simple matter to calculate the amount of ventilation needed by individuals in different circumstances. These calculations match well with the observed levels of ventilation in experimental subjects (readily available in the open literature) and demonstrate why the stressors of position and weight on the back in circumstances such as these would be expected to have essentially no effect upon the levels of oxygen and carbon dioxide in the blood. Specifically, the oxygen consumption of an individual who is hog-tied and exercising maximally is approximately 1.4 liters per minute. In order to maintain normal arterial blood gases a minute ventilation of approximately 35-40 liters per minute would be necessary. As noted above this determination could be made by consulting the open literature of exercise physiology or by simple calculation. Such calculations are no more complicated than calculating the distance your car can travel knowing how many miles per gallon the car gets and the size of the gas tank of the car. I cannot emphasize strongly enough that without the ability to quantitatively assess these variables, any expert's comments about "positional asphyxia" should be viewed as *ipse dixit.*. Finally as the maximum voluntary ventilation of an individual of Mr. Burns' size would be in the neighborhood of 160-180 liters per minute, even reducing his maximal voluntary ventilation by the amount Dr. Ralston suggests (i.e. 30-50%) would have no physiologic effect upon arterial blood gases. If however, one were to allow the oxygen level to fall to the 90% that Dr. Ralston still considers "normal" then the required ventilation would only be approximately 20-25 liters per minute. Obviously this is well within the range of the ventilatory requirements necessary in these circumstances. For a more thorough understanding of these issues the articles listed on my c.v. provide either directly or indirectly the necessary background information.

**Could the exposure to Taser® discharges have caused Mr. Burns's death?**

It is now appropriate to examine the role the Taser® activations may have played in Mr. Burns's death. Currently, there are no data in the literature to suggest the Taser® interferes with a person's ability to ventilate, whereas there are several experiments that indicate breathing is not impaired during the time period of Taser® (probe deployment) activations. Our experiments and those of other researchers have been done in the setting of Taser® probe deployment. In the "drive stun" mode the Taser® is a "pain compliance" device and it does not effect larger areas of the musculature and thus it has less physiologic effects than those found in experimental studies. Therefore other than the speculative secondary effects of the pain of the activation, a Taser® has no physiological effects in the "drive stun" mode.

6

Even assuming a Taser® in the "drive stun" mode could cause a cardiac arrest, according to the facts I reviewed, Mr. Burns suffered his cardiac arrest a significant period of time after the last the Taser® discharge. Furthermore, the electrocardiographic rhythm found by the Emergency Department staff is not a rhythm that is associated with cardiac arrest caused by exposure to electricity. Thus his cardiac arrest could not have been directly caused by a Taser® discharge. Furthermore, the initial rhythm noted in the Emergency Department is the one, which in my experience, is most frequently seen in deaths associated with excited delirium syndrome.

Notwithstanding speculative notions that pain due to Taser® activations cause marked physiological changes (indirectly) our data demonstrate that superficial social concerns cause greater metabolic derangements than the actual Taser® activations. In one of our studies, the nervousness in the experimental subjects produced by the anticipated Taser® activation, produced more of a physiologic effect than did the Taser® activation itself. In those subjects, blood pressure and pulse rate routinely went down after Taser® application compared to those values immediately before Taser® activation. The volunteers (all police officers who were experiencing a Taser® activation as part of their training) were actually most concerned they would lose control of their bladders during the activation and their greatest voiced fear was the possible embarrassment associated with an episode of incontinence in front of their colleagues and the long term "teasing" that would then ensue should such an event take place. In other words, concern about being "teased" caused greater physiologic changes that an actual Taser® discharge.  In a different group we studied, the heart rates of the subjects went up on average from 67.1 beats per minute before the Taser® activation to 69 beats per minute immediately afterwards. Furthermore direct measurements of physiological parameters reveal continuing struggle or running away from a confrontation cause greater physiological derangements than Taser® activations. Thus, the Taser® discharges did not contribute either directly or indirectly to Mr. Burns's death.

In this case, the clinical diagnosis of asphyxiation from simple inadequate ventilation cannot be supported and there is a clear description of the event, which is essentially only compatible with a sudden cardiac death. There are no experimental data in the literature to demonstrate low blood oxygen (the prerequisite for mechanical asphyxiation) would occur in these circumstances and an understanding of basic physiologic principles would further argue in this case asphyxiation did not occur.

Finally, Mr. Burns had several risk factors for sudden death. Clearly individuals in excited delirium die suddenly and unexpectedly without apparent cause, but in this case Mr. Burns also had an enlarged heart and left ventricular hypertrophy, which put him at further risk for sudden death. The final important risk factor present in this case was the severe exertion that Mr. Burns manifested (most likely due to his functional state which in turn was induced by his mental status secondary to cocaine abuse). Severe exertion is a risk factor for cardiovascular deaths but not respiratory deaths.

In summary then, the clinical diagnosis in this case is not that of an asphyxial death. The eyewitness descriptions of the event present a compelling picture this event could not have been caused by asphyxiation and could only have been a sudden cardiac death and at autopsy there are findings associated with an increased risk of sudden cardiac death.

From an experimental point of view are no data that demonstrate a lowering of blood oxygen occurs under these circumstances. Thus my primary opinions (to a reasonable level of medical certainty) are:

1. Mr. Burns did not die of asphyxia of any cause.
2. Asphyxia did not contribute to Mr. Burns' death.
3. Mr. Burns suffered a sudden cardiac death of the sort commonly seen in cases of excited delirium.
4. Excited delirium, in association with an enlarged heart, left ventricular hypertrophy, cocaine abuse, and severe exertion likely were the underlying causal factors in Mr. Burns' sudden cardiac death.

Finally, as I have been retained by attorneys representing the police officers involved in this case, I feel I should make one additional comment. I make this comment based not upon my expertise in positional asphyxia and cardiovascular disease, but rather as a physician who practiced ER Medicine for over 25 years and as a physician who trained and supervised paramedics. Even if one were erroneously to accept the diagnosis of positional asphyxia in this case, the medical care of Mr. Burns was the responsibility of the paramedics. It was not the officer's role to intervene nor would I expect or suggest paramedics accept any medical recommendations from police officers concerning the care of a patient's airway or ventilatory status. However, not only did the officer on the ambulance (who had previously been an EMT) note that Mr. Burns was breathing throughout the transport, he also stated that the paramedic was monitoring Mr. Burns visually throughout the trip which of course was what needed to be done and what according to the testimony was done.

Once again, these opinions are based upon the information so far supplied to me and further accounts of the events that took place may alter my final opinion. I look forward to reviewing any additional testimony or material, which might affect my opinions.

Very truly yours,

Tom S. Neuman, M.D., FACP, FACPM
Emeritus Professor of Medicine
University of California, San Diego

## TOM S. NEUMAN, M.D., FACP, FACPM, FUHM

**Home Address:**

579 Amphitheatre Drive
Del Mar, CA  92014
Phone: (858) 755-0795

**Office Address:**

Department of Emergency Medicine
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA  92103-8676
E-mail:  tneuman@ucsd.edu

**Personal:**

Born July 23, 1946 in New York City, New York
Family Data:  Married to former Doris L. Rubin, B.S.
(Long Island University), M.S. (Brooklyn College)
Daughter:  Allison Rachel Neuman, born 6-22-80
Son:  Russell Solomon Neuman, born 9-12-86

**Education:**

| | |
|---|---|
| Academic: 1963-67 | A.B., Cornell University, Ithaca, New York |
| Medical School: 1967-71 | M.D., New York University School of Medicine, New York, New York |
| Internship: 1971-72 | Straight Medical Internship, Bellevue Hospital, New York, New York |
| Residency: 1972-73 | Internal Medicine Residency, Bellevue Hospital, New York, New York |
| Fellowship: 1976-78 | Pulmonary Medicine and Physiology, University of California, San Diego Medical Center, University and Affiliated Hospitals |

**Board Recognition:**

| | |
|---|---|
| 1972 | Diplomate, National Board of Medical Examiners, Certified |
| 1977 | American Board of Internal Medicine - Certified in Internal Medicine |
| 1978 | American Board of Internal Medicine - Certified in Pulmonary Disease |
| 1980 | American Board of Preventive Medicine - Certified in Occupational Medicine |
| 1986 | American Board of Emergency Medicine - Certified in Emergency Medicine, (Recertified 1996 and 2006) |

## Board Recognition (continued):

| | |
|---|---|
| 2000 | American Board of Preventive Medicine - Certified in Undersea and Hyperbaric Medicine (Recertified 2010) |

## Awards and Scholarships:

| | |
|---|---|
| 1964-67 | Regents Scholarship, Cornell University |
| 1967-71 | Admissions Scholarship, New York University School of Medicine |
| 1969 | Lang Award, (Outstanding Student) |
| 2002 | Undersea and Hyperbaric Medical Society Distinguished Service Award |
| 2004 | Merrill P. Spencer Award for Lifetime Achievement, Undersea and Hyperbaric Medicine Society (North Pacific Chapter) |
| 2006 | The Craig Hoffman Memorial Award for contributions to diving safety, Undersea and Hyperbaric Medicine Society |
| 2007 | The Albert R. Behnke Award for Outstanding Scientific Contributions to Advances in the Undersea or Hyperbaric Biomedical Field, Undersea and Hyperbaric Medicine Society |
| 2008 | The Boerema Award for exceptional contributions to he field of Hyperbaric Medicine |

## National Honors:

| | |
|---|---|
| 1983-84 | Vice President, Undersea Medical Society |
| 1985-90 | Secretary, American College of Undersea and Hyperbaric Medicine |
| 1989-90 | President, Undersea and Hyperbaric Medical Society |
| 1985-96 | Board of Governors, American College of Undersea and Hyperbaric Medicine |
| 1990-96 | President, American College of Undersea and Hyperbaric Medicine |
| 2003-06 | Consumer's Research Council of America, Listed in "Guide to America's Top Physicians" (3,000 from all 50 states & Puerto Rico) Publication, 2003, 2004-2005, 2006 Editions. |
| 1997-06 | Included in Marquis' "Who's Who in American Education", 1993-2006, "Who's Who in America", 1994-2006 and "Who's Who in Medicine & Healthcare", 1997-2006 |

Revised 3/6/14

## National Honors (continued):

| | |
|---|---|
| 2011 | Divers Alert Network/Rolex Diver of the Year |

## Appointments:

| | |
|---|---|
| 2006-present | Professor of Clinical Medicine, Emeritus |
| 2006-present | Representative of the American Board of Preventive Medicine for the Specialty Examination of Undersea and Hyperbaric Medicine |
| 2011- Present | Research Director, Division of Hyperbaric Medicine, Department of Emergency Medicine, UCSD |

## Previous Experience:

| | |
|---|---|
| 2001-2008 | National Academy of Sciences, Institute of Medicine, Standing Committee on Aerospace Medicine and the Medicine of Extreme Environments (CAMMEE), which supports the Institute of Medicine (IOM) Health Sciences Policy Board |
| 2006-2007 | IOM Committee to Review NASA's Space Flight Health Standards |
| 2000-2006 | Liaison from the American Board of Emergency Medicine to the American Board of Preventive Medicine for the Specialty Examination of Undersea and Hyperbaric Medicine |
| 1984-2006 | Director, Hyperbaric Medicine Center, UCSD Medical Center |
| 1984-2006 | Base Hospital Physician, UCSD Medical Center |
| 1990-2006 | Adjunct Professor of Surgery, UCSD School of Medicine |
| 1994-2006 | Associate Director, Department of Emergency Medicine, UCSD Medical Center |
| 1996-2006 | Professor of Clinical Medicine, University of California, San Diego (UCSD) School of Medicine |
| 2005 | National Research Council Subcommittee on NASA's Human Health and Support Systems (Panel D) |
| 2002-2005 | Member, Bioastronautics Critical Path Roadmap (BCPR) Committee on reducing and managing risks to crew health, safety, and performance during, and following, all human space flight missions |
| 2002-2004 | National Academy of Sciences, Institute of Medicine, Committee on the Longitudinal Study of Astronaut Health (LSAH). |

Revised 3/6/14

## Previous Experience (continued):

| | |
|---|---|
| 1999-2001 | National Academy of Sciences, Institute of Medicine, Committee on Creating a Vision of Space Medicine Beyond Earth Orbit; the Colonization of the Moon and the Mars Expedition. |
| 1990-96 | Adjunct Professor of Medicine, UCSD School of Medicine |
| 1987-90 | Associate Adjunct Professor of Medicine and Surgery, UCSD School of Medicine |
| 1984-87 | Associate Clinical Professor of Medicine and Surgery, UCSD School of Medicine |
| 1982-85 | Member, Medical Advisory Board of the Western Regional Underwater Laboratory Program, University of Southern California Marine Science Center, Catalina, CA |
| 1980-98 | Attending Physician, Pulmonary Division (Clinical Consultation and Pulmonary Function Testing Laboratory), UCSD Medical Center |
| 1980-84 | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 1980-86 | Flight Physician, Life Flight Air Medical Program, UCSD Medical Center |
| 1980-84 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |
| 1978-80 | Clinical Instructor, UCSD School of Medicine |
| 1976-78 | Attending Physician, Veterans Administration Medical Center, La Jolla, California |
| 1975-80 | Emergency Room Physician, Chula Vista Community Hospital, Chula Vista, California |
| 1972-73 | Teaching Assistant, New York University School of Medicine |

## Governmental Appointments:

Member, San Diego Coroner's Committee for Investigation of Diving Fatalities, 1974-present

Medical Diving Consultant, Vocational Diver Training Facility, California Institution for Men, Chino, California, 1987-92

Member, City Manager's Task Force on Carbon Monoxide Poisoning, San Diego, California, 1991-1992

NASA Consultant, 2000- present

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

## Occupational/ Diving Education and  Experience:

Naval School of Submarine Medicine, New London, CT, 1973

Naval School of Diving and Salvage, Washington, DC, 1973

Naval Nuclear Power Training Unit, West Milton, NY, 1973

Naval School of Deep Diving Systems, San Diego, CA, 1974

Naval Submarine Medical Officer; Qualified 1974

Naval Undersea Medical Officer; Qualified 1975

Naval Saturation Qualified Medical Officer, 1975

CMAS (Confederation Mondiale des Activities Subaquatiques)

Instructor Second Degree,1978 -1982

PADI Scuba Instructor Emeritus

## Military Experience:

| | |
|---|---|
| 7/73 - 12/73 | Submarine Medical Officer Candidate |
| 12/73 - 6/74 | Instructor, Naval Undersea Medical Institute, New London, Connecticut |
| 6/74 - 6/76 & 7/78 – 6/80 | Staff Medical Officer, Submarine Development Group One, San Diego, California |
| 7/80 - 8/84 | Medical Officer, UDT/SEAL Reserve Unit 119, San Diego, California |
| 9/84 - 8/86 | Medical Officer, Mobile Diving and Salvage Unit One, U.S. Naval Reserves, San Diego, California |
| 9/86 - 12/87 | Senior Medical Officer, Seal Teams 1/3/5, U.S. Naval Reserves, Coronado, California |
| 1/88 - 9/90 | Medical Officer, PRIMUS Unit 1942–A, University of California, San Diego School of Medicine |
| 10/90 - 1/95 | Assistant Officer in Charge, Medical Unit 1942-A, University of California, San Diego School of Medicine |
| 2/95 - 4/96 | Medical Officer, PRIMUS Unit 1942-A, University of California, San Diego School of Medicine |
| 4/96 - Present | Member of Fleet Reserve (Rank of Captain) |

Revised 3/6/14

**Licensure:**

   California Medical License Number G-27796, 1974-present

**Certification:**

   Cardiopulmonary Resuscitation Provider, 1980-present

   Advanced Trauma Life Support Instructor, 1980-85

   Advanced Trauma Life Support Provider, 1985-2001

   Advanced Cardiac Life Support Instructor, 1981-97

   Advanced Cardiac Life Support Provider, 1997-2007

**Miscellaneous:**

   Advanced Cardiac Life Support Affiliate Faculty, 1982-93

   Editorial Board, Undersea & Hyperbaric Medicine, 1993-95

   Editor-in-Chief, Undersea & Hyperbaric Medicine, 1995-2002

   Reviewer, for: Undersea and Hyperbaric Medicine, Journal of Applied Physiology, Physics in
      Medicine, Chest, Annals of Emergency Medicine, Journal of Emergency Medicine, Journal
      of Applied Physiology, Aviation, Space and Environmental Medicine, and Cochrane
      Reviews

   Inaugural and Elected Member, Academy of Clinician Scholars, UCSD School of Medicine,
      2002-2006 (Emeritus Member 2006-present)

**Current Professional Society and Committee Memberships:**

   Fellow, American College of Physicians

   Fellow, American College of Preventive Medicine

   Fellow, Undersea and Hyperbaric Medicine

   Undersea and Hyperbaric Medical Society

   North Pacific Chapter, Undersea and Hyperbaric Medical Society

   Professional Association of Diving Instructors (Emeritus)

   South Pacific Undersea Medical Society

Revised 3/6/14

## Current Professional Society and Committee Memberships (continued)

American Board of Preventive Medicine, Undersea and Hyperbaric Medicine Board
   Examination Committee

Member, Safety Review Board, University of Southern California Marine Science Center,
   Catalina Hyperbaric Chamber

Member, Diving Medical Review Board, NOAA

Member, Data Safety Monitoring Board (DSMB) for the clinical trial titled: "Hyperbaric
   Oxygen applied later after mild to moderate traumatic brain injury: A prospective
   multicenter double blind randomized controlled trial," Defense Centers of Excellence
   (DCoE) for PH and TBI

Member, Data Safety Monitoring Board (DSMB) for the experimental project Decompression
   Sickness (DCS) to evaluate decompression sickness protocols and safety to report to NASA

## Previous Activities:

Pharmacy and Therapeutics Committee, UCSD Medical Center, 1980-82, 1988-92

Environmental Health Task Force, San Diego County Lung Association, 1981-82

Program Committee, Undersea Medical Society, 1981-82

Employee Health Services Committee, UCSD Medical Center, 1981-90

Nominations Committee, Undersea Medical Society, 1982-83

Education Committee, Undersea Medical Society, 1982-87

Awards Committee (Chairman), Undersea Medical Society, 1983-84

Executive Committee (Vice-President), Undersea Medical Society, 1983-84

Recruitment and Admissions Committee, UCSD School of Medicine, 1983-84

Credentials Committee (Co-Chairman), Undersea Medical Society, 1984-85

Medical Ethics Committee, UCSD School of Medicine, 1986-88

Core Curriculum Committee, UCSD School of Medicine, 1986-88

Nominations Committee (Chairman), Undersea and Hyperbaric Medical Society, 1988-89

Executive Committee, Undersea Medical Society, 1988-92

Revised 3/6/14

**Previous Activities (continued):**

Liaison, American College of Emergency Medicine/American College of Undersea and
Hyperbaric Medicine, 1988-94

Fellow, American College of Emergency Medicine, 1991-94

Chairman, Emergency Medicine Physician Quality Improvement Committee, 1992-94

Patient Care Review Committee, UCSD Medical Center, 1992-94

American National Standards Institute Committee for Minimal Course Content for Recreational
Scuba Instructor Certification, 1992-99

American Diabetes Association Committee on Exercise; Subcommittee on Scuba Diving and
Diabetes, 1994-96

Board of Advisors, Grauer School, 2000-01

University of California San Diego, Academy of Clinician Scholars, Membership Committee
2002-2004

Department of Medicine Committee on Appointments and Promotions, UCSD School of
Medicine (DOMCAP), 1997-2001, 2004-2005

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

## Publications:

### Original Research and Case Series:

1.  Neuman TS:  Submarine escape training in the U.S. Navy: A re-evaluation.  Naval Undersea Medical Institute, 1974.

2.  Neuman TS, Settle H, Beaver G, Linaweaver P:  Maxillary sinus barotrauma with cranial nerve involvement.  Aviat Space Environ Med 1975;46(3):314-315.

3.  Neuman TS, Hall D, Linaweaver PG:  Gas phase separation during decompression in man: Ultrasound monitoring.  Undersea Biomed Res 1976;3(2):121-130.

4.  Neuman TS, Harris M, Linaweaver PG:  Blood viscosity in man following decompression: Correlations with hematocrit and venous gas emboli.  Aviat Space Environ Med 1976;47:803-807.

5.  Goad RF, Neuman TS, Linaweaver PG:  Hematologic changes in man during decompression: Relations to overt decompression sickness and bubble scores.  Aviat Space Environ Med 1976;47(8):863-867.

6.  D'Aoust BG, Smith KH, Swanson HT, Harvey CA, Hunter WL, Neuman TS, Goad RF: Venous gas bubbles: Production by transient deep isobaric counter diffusion of helium against nitrogen.  Science 1977;197:889-891.

7.  Biersner R, Hall D, Neuman T, Linaweaver P:  Learning rate equivalency of two narcotic gases.  J Appl Psychol 1977;62(6):747-750.

8.  Bierner R, Hall D, Linaweaver P, Neuman T:  Diving experience and emotional factors related to psychomotor effects of nitrogen narcosis.  Aviat Space Environ Med 1978;49(8):959.

9.  Neuman TS, Goad RF, Hall D, Smith R, Claybaugh J, Hong S:  Urinary excretion of water and electrolytes during open sea saturation diving to 850 FSW.   Undersea Biomed Res 1979;6(3): 291-302.

10.  Neuman TS, Spragg RG, Wagner PD, Moser KM:  Cardiopulmonary consequences of decompression stress.  Respir Physiol 1980;41:143-153.

11.  Neuman TS, Bockman MA, Moody P, Dunford JV, Griffith LD, Guber SL, Guss DA, Baxt WG: An autopsy study of traumatic deaths: San Diego County - 1979. Am J Surg 1982;144(6): 722-727.

12.  Guidotti TL, Cortez JH, Abraham HL, Hughson W, Krems AD, Neuman TS, Bryson AL, Heramb  BI:  Taking the occupational history.  Ann Intern Med 1983;99(5):641-651.

13.  Guss DA, Dunford JV, Griffith LD, Neuman TS, Baxt WG, Winger B, Guber SL:  Clean-catch versus straight-catheter urinalysis results in women.  Am J Emerg Med 1985; 3(4):369-371.

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

**Original Research and Case Series (continued):**

14.   Manoguerra AS, Neuman TS:  Fatal acute poisoning from hydrofluoric acid ingestion.
      Am J Emerg Med 1986;4(4):362-363.

15.   Neuman TS, Hallenbeck JM:  Barotraumatic cerebral air embolism and the mental status
      examination: A report of four cases.  Ann Emerg Med 1987;16(2):220-223.

16.   Guss DA, Meyer FT, Neuman TS, Baxt WG, Dunford JV, Griffith LD, Guber SL:  The impact
      of a regionalized trauma system on trauma care in San Diego County.  Ann Emerg Med 1989;
      18(11):1141-1145.

17.   Gadd MA, McClellan DS, Neuman TS, Hansbrough JF:  Effect of hyperbaric oxygen on
      murine neutrophil and T-lymphocyte functions.  Crit Care Med 1990;18(9):974-979.

18.   Neuman TS, Bove AA:  Combined arterial gas embolism and decompression sickness
      following no-stop dives.  Undersea Biomed Res 1990;17(5):429-436.

19.   Harker CP, Neuman TS, Olson LK, Jacoby I, Santos A:  The roengenographic findings
      associated with air embolism in sport scuba divers.  J Emerg Med 1993;11(4):443-449.

20.   Smith RM, Neuman TS:  Elevation of serum creatine kinase in divers with arterial gas
      embolization.  New Engl J Med 1994;330(1):19-24.

21.   Smith RM, Van Hoesen KB, Neuman TS:  Arterial gas embolism and hemoconcentration.
      J Emerg Med 1994;12(2):147-153.

22.   Hebel GA, Hutton K, Kanowitz A, Neuman TS, Martinson L, Rosen P:  The accuracy of
      ST segment deviation in prehospital cardiac monitoring.  J Emerg Med 1994;12(2):207-211.

23.   Tenenhaus M, Hansbrough JF, Zapata-Sirvent R, Neuman TS:  Treatment of burned mice with
      hyperbaric oxygen reduces mesenteric bacteria but not pulmonary neutrophil deposition.
      Arch Surg 1994;129:1338-1342.

24.   Smith RM, Neuman TS:  Abnormal serum biochemistries in association with arterial gas
      embolism.  J Emerg Med 1997;15(3):285-289.

25.   Kimbro TM, Tom TW, Neuman TS:  A case of spinal cord DCS presenting as Brown-Sequard
      syndrome.  Neurology May 1997; 48:1454-1456.

26.   Chan TC, Vilke GM, Neuman TS, Clausen JL:  Custody restraint position and positional
      asphyxia.  Ann Emerg Med 1997;30(5):578-586.

27.   Neuman TS, Jacoby I, Bove AA:  Fatal pulmonary barotrauma due to obstruction of the
      central circulation with air.  J Emerg Med 1998;16(3):413-417.

28.   Vilke GM, Chan TC, Neuman T, Clausen JL:  Spirometry in normal subjects in sitting, prone,
      and supine positions.  Respir Care 2000;45(4):407-410.

                                                                            Revised 3/6/14

## Original Research and Case Series (continued):

29. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report.  NCJ 182433.  Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

30. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Pepper spray's effects on a suspect's ability to breathe.  Research in Brief (NCJ 188069), December 2001. Washington, DC: United States Department of Justice, National Institute of Justice.

31. Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T:  The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function.  J Forensic Sci 2002; 47(2):28-33.

32. Chan TC, Neuman TS, Clausen J, Eisele J, Vilke GM:  Weight force during prone restraint and respiratory function. Am J Forensic Med Pathol 2004; 25:185-189.

33. Michalewicz, B.A., Chan T, Vilke G, Levy S, Neuman T, and Kolkhorst F. Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. J of For Sci, 2007: 51 (1) 1-5

34. Grover IR, Reed W, Neuman T. Validation of the SANDHOG Criteria for the Diagnosis of DCS and AGE. Undersea and Hyperbaric Medicine 2007: 34(3) 199-210.

35. Vilke GM, Sloane, C, Bouton KD, Kolkhorst FW, Levine S,  Neuman TS, Castillo EM, Chan TC: Physiological Effects of the TASER X-26 on Human Subjects, Annals of Emerg Med. 2007;50(5):569-575.

36. Vilke GM, Sloane C, Levine S, Neuman T, Castillo E Chan TC: Twelve Lead ECG Monitoring of Subjects Before and After Voluntary Exposure to the Taser X-26. Am J Emerg Med 2008; 26(1) 1-4.

37. Sloane C, Chan T, Levine S, Dunford J, Neuman T, Vilke G, Serum Troponin I Measurement of Subjects Exposed to the Taser X-26®, Journal of Emergency Medicine, 2008;35(1):29-32

38. Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC. Physiologic Effects of the TASER After Exercise. Acad Emerg Med. 2009;16:704-710

39. Moore G, Wong SC, Darquenne C, Neuman TS, West JB, Prisk K. Ventilation-perfusion inequality in the human lung is not increased following no decompression-stop hyperbaric exposure. Eur J Appl Physiol 2009;107:545-552

40. Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the Ventilatory Effects of a Restraint Chair on Human Subjects. J Emerg Med. 2011;40(6):714-8

41. Witucki P, Ducknick J, Neuman T, Grover I. Incidence of DCS and oxygen toxicity in chamber attendants: A 28 Year Experience. Undsea Hyp Med 2013:40 (4); 347-52

**Original Research and Case Series (continued):**

42.  Sadler C, Nelson C, Neuman T, Grover I, Witucki P, Dilemma of Natural Death while Scuba Diving. Acad Forensic Pathol 2013: 3 (2): 202-12

43.  Savaser DJ, Campbell C, Castillo E, Vilke G, Sloan C, Neuman T, Hansen A, Shah V, Chan T. The effect of the prone maximal restraint position with and without weight force on cardiac output and other hemodynamic measures.  J For Legal Med 2013: 20(8):991-5.

44.  Sloan CM, Chan T, Kolkhorst F, Neuman, T, Castillo E, Vilke G. Evaluation of the ventilatory effects of the prone maximum restraint (PMR) position on obese human subjects For. Sci. Intl. 2014:237: 86-9

Revised 3/6/14

**Review Articles:**

1.  Neuman TS: Diving medicine.  Clinics in Sports Medicine 1987; 6(3):647-661.

2.  Guss DA, Neuman TS:  Carbon monoxide poisoning: How to detect - and what to do.
    J Respir Dis 1990; 11(9):773-786.

3.  Kizer KW, Neuman TS:  Meeting the challenge of scuba diving emergencies: Recognition,
    resuscitation, and recompression.  Emergency Medicine Reports 1991;12(17):151-160.

4.  Simmons CW, Neuman TS:  Near-drowning: What to look for, how to treat.  J Respir Dis
    1992;13(8):1084-1094.

5.  Neuman TS: Dysbaric emergencies in scuba divers.  Portion of article titled "Hook, fin, scuba,
    skin: Aquatic emergencies."  Patient Care 1994;28(13):79-86.

6.  Goad RF, Neuman TS:  Decompression sickness: State of the art 1977.  Marine Technology
    Society Journal 1977;11(4):8-12.

7.  Neuman TS, Bove AA, O'Connor RD, Kelsen SG:  Asthma and diving.  Annals of Allergy
    1994;73:344-350.

8.  Van Hoesen KB, Neuman TS:  Asthma and diving.  Immunol Allergy Clinics of N Am
    1996;16(4):917-928.

9.  Chan TC, Vilke G, Neuman T:  Reexamination of custody restraint position and positional
    asphyxia.  Am J Forensic Med Pathol 1998;19(3):201-205.

10. Neuman TS:  Arterial gas embolism and decompression sickness.  News Physiol Sci 2002;
    17:77-81.

11. Mitchell SJ, Bennett M, Bird N, Doolette D, Hobbs G, Kay E, Moon R, Neuman T, Vann R,
    Walker R, Wyatt H. Recommendations for rescue of a submerged unresponsive compressed
    gas diver Undersea Hyperb Med 2012: 39(6): 1099-108

**Letters to the Editor and Editorials:**

1. Neuman TS: DCI/DCS Does it Matter Whether the Emperor Wears Clothes? (Editorial). Undersea Hyperb Med 1997: 24(1); 4-5

2. Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J: Positional asphyxia (Reply to letter to the editor).  Ann Emerg Med 1998;32(1):117-118.

3. Neuman TS, Clausen JL:  Recommend caution in defining risk factors for barotrauma in divers (Letter to the editor).  Chest 1998;114(6):1791-1792.

4. Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF:  Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor).  Acad Emerg Med 1999;6(10):1075-1076.

5. Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T:  Restraint position and positional asphyxia (Reply to letter to the editor).  Am J Forensic Med Pathol 2000; 21(1):93.

6. Vilke GM, Chan TC, Neuman T:  Patient restraint in EMS (Letter to the editor).  Prehosp Emerg Care 2003; 7(3):417-518

7. Medak AJ, Grover IR, Neuman TS: Dive computers profile analyses (Letter to the editor). SPUMS; J. 2005; 35(4):226.

8. Vilke GM, Sloane CM, Neuman T, Castillo EM, Chan TC, Kolkhorst F. In reply to Taser safety remains unclear (Letter to the editor). Ann Emerg Med. 2008;52(1):85-86.

9. Bennett M, Mitchell S, Neuman T, Piantadosi C, Feldmeier J, Hampson N, Smart D, Wilkinson D,  Bryson P: Hyperbaric Oxygen and Neurological Disease (Letter to the Editor) Undersea Hyperb Med 2010:37(5):371-3

Revised 3/6/14

**Books:**

1.  The Physiology and Medicine of Diving (fifth edition). Brubakk and Neuman (Eds.); London: WB Saunders, 2003.

2.  Investigating Recreational and Commercial Diving Accidents.  Barsky SM and Neuman TS; Ventura, California: Hammerhead Press, 2003.

3.  Physiology and Medicine of Hyperbaric Oxygen Therapy. Neuman and Thom (Eds); Philadelphia: Saunders/Elsevier 2008

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

**Book Chapters:**

1.  Neuman TS:  Exercise.  In: <u>Manual of Clinical Problems in Pulmonary Medicine</u>, with annotated key references.  Bordow, Stool, Moser and Conrique (Eds.); Boston: Little, Brown and Company, 1980, pp 18-21.

2.  Neuman TS:  Pulmonary Oxygen Toxicity.  In: <u>Manual of Clinical Problems in Pulmonary Medicine</u>, with annotated key references.  Bordow, Stool, Moser and Conrique (Eds.); Boston: Little, Brown and Company, 1980, pp 362-365.

3.  Neuman TS:  Near Drowning, Diving and Decompression.  In: <u>Manual of Clinical Problems in Pulmonary Medicine</u>, with annotated key references.  Bordow, Stool, Moser and Conrique (Eds.); Boston: Little, Brown and Company, 1980, pp 374-377.

4.  Neuman TS:  Near Drowning.  In: <u>Respiratory Emergencies</u> (second edition).  Moser and Spragg (Eds.); St. Louis, Missouri: C.V. Mosby, 1982, pp 281-284.

5.  Neuman TS:  Unusual Forms of Trauma.  In: <u>Trauma: The First Hour</u>.  Baxt (Ed.); Norwalk, Connecticut: Appleton-Century-Crofts, 1985, pp 267-291.

6.  Neuman TS:  Near Drowning, Diving and Decompression.  In: <u>Manual of Clinical Problems in Pulmonary Medicine</u>, with annotated key references (second edition).  Bordow and Moser (Eds.); Boston: Little, Brown and Company, 1985, pp 336-339.

7.  Neuman TS (contributing author):  In: <u>The Encyclopedia of Recreational Diving</u>. Hornsby and Shreeves (Eds.); Santa Ana, California: International PADI, Inc., 1988.

8.  Neuman TS:  Near Drowning.  In: <u>Diving Medicine</u> (second edition).  Bove and Davis (Eds.); Philadelphia: W.B. Saunders Company, 1990, pp 105-114.

9.  Neuman TS:  Pulmonary Disorders in Diving.  In: <u>Diving Medicine</u> (second edition).  Bove and Davis (Eds.); Philadelphia: W.B. Saunders Company, 1990, pp 233-238.

10.  Neuman TS:  Near Drowning and Diving Accidents.  In: <u>Manual of Clinical Problems in Pulmonary Medicine</u>, with annotated key references (third edition).  Bordow and Moser (Eds.); Boston: Little, Brown and Company, 1991, pp 374-377.

11.  Neuman TS:  Near Drowning and Diving Accidents.  In: <u>Textbook of Pulmonary Diseases,</u> Volume II (fifth edition).  Baum and Wolinsky (Eds.); Boston: Little, Brown and Company, 1993, pp 1139-1159.

12.  Neuman TS:  Near Drowning and Diving Accidents.  In: <u>Manual of Clinical Problems in Pulmonary Medicine</u>, with annotated key references (fourth edition).  Bordow and Moser (Eds.); Boston: Little, Brown and Company, 1995, pp 385-388.

13.  Neuman TS:  Pulmonary Barotrauma.  In: <u>Diving Medicine</u> (third edition).  Bove and Davis (Eds.); Philadelphia: W.B. Saunders Company, 1997, pp 176-183.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

**Book Chapters (continued):**

14.  Neuman TS:  Near Drowning.  In: <u>Diving Medicine</u> (third edition).  Bove and Davis (Eds.);
     Philadelphia: W.B. Saunders Company, 1997, pp 217-226.

15.  Neuman TS:  Pulmonary Disorders in Diving.  In: <u>Diving Medicine</u> (third edition).  Bove and
     Davis (Eds.); Philadelphia: W.B. Saunders Company, 1997, pp 270-277.

16.  Bove AA, Neuman TS:  Diving-related Illnesses.  In: <u>Manual of Sports Medicine</u>.  Safran,
     McKeag and Van Camp (Eds.); Philadelphia: Lippincott-Raven, 1998, pp 114-118.

17.  Neuman TS:  Pulmonary Fitness for Diving.  In: <u>The Lung at Depth</u> (first edition); Lung
     Biology in Health and Disease, Volume 132.  Lundgren and Miller (Eds.); Madison,
     New York: Marcel Dekker, Inc., 1999, pp 73-90.

18.  Bove AA, Neuman T: Diving Medicine.  In: <u>Textbook of Respiratory Medicine</u> (third edition).
     Murray, Nadel, Mason and Boushey (Eds.); Philadelphia: W.B. Saunders Company, 2000,
     pp 1951-1969.

19.  Neuman TS:  Near-Drowning and Diving Accidents.  In: <u>Manual of Clinical Problems in
     Pulmonary Medicine</u> (fifth edition).  Bordow, Ries and Morris (Eds.); Philadelphia: Lippincott
     Williams & Wilkins, 2001, pp 441-447.

20.  Neuman TS:  Pulmonary Barotrauma.  In: <u>Diving Medicine</u> (fourth edition).  Bove and Davis
     (Eds.); Philadelphia: W.B. Saunders Company, 2003, pp 185-194.

21.  Neuman TS:  Near Drowning.  In: <u>Diving Medicine</u> (fourth edition).  Bove and Davis (Eds.);
     Philadelphia: W.B. Saunders Company, 2003, pp 275-286.

22.  Neuman TS:  Pulmonary Disorders in Diving.  In: <u>Diving Medicine</u> (fourth edition).  Bove
     and Davis (Eds.); Philadelphia: W.B. Saunders Company, 2003, pp 475-484.

23.  Neuman TS:  Arterial Gas Embolism and Pulmonary Barotrauma.  In: <u>The Physiology and
     Medicine of Diving</u> (fifth edition).  Neuman and Brubakk (Eds.); London: W.B. Saunders,
     2003, pp 557-577.

24.  Jones JP, Neuman TS: Dysbaric Osteonecrosis. In: <u>The Physiology and Medicine of Diving</u>
     (fifth edition). Neuman and Brubakk (Eds.); London: W.B. Saunders, 2003, pp 659-717.

25.  Snyder BS, Neuman TS:  Dysbarism and Complications of Diving. In: <u>Emergency Medicine</u>.
     Tintenalli (Ed); New York City: McGraw-Hill, 2003, pp 1213-1217.

26.  Bove AA, Neuman T:  Diving Medicine.  In: <u>Textbook of Respiratory Medicine</u> (fourth
     edition).  Murray, Nadel, Mason and Boushey (Eds.); Philadelphia: W.B. Saunders Company,
     2005, pp 1869-1887.

Revised 3/6/14

**Book Chapters (continued):**

27. Grover IR, Neuman TS:  Near-Drowning and Diving Accidents.  In: <u>Manual of Clinical Problems in Pulmonary Medicine</u> (sixth edition).  Bordow, Ries and Morris (Eds.); Philadelphia: Lippincott Williams & Wilkins. 2005, pp 480-485

28. Neuman TS.  Positional Asphyxia.  In: <u>Sudden In Custody Deaths</u>.  Ross DL, Chan TC (Eds.): Totowa, NJ: Humana Press, 2006, pp 39-57.

29. Grover IR, Neuman TS: Hyperbaric Oxygen Therapy. In: <u>Encyclopedia of Respiratory Medicine </u>(third edition). Laurent and Shapiro. Oxford: Elsevier Ltd. 2006, pp 292 – 297.

30. Bove AA, Neuman T:  Diving Medicine.  In: Murray and Nadel's <u>Textbook of Respiratory Medicine</u> (Fifth edition). R.J. Mason, Broaddus VC, Martin TR, King, TE, Schraufnagel DE, Murray JE, and Nadel JA (Eds.); Philadelphia: W.B. Saunders Company, 2010, pp 1674-1690.

31. Snyder BS, Neuman TS:  Dysbarism and Complications of Diving. In: <u>Emergency Medicine: A Comprehensive Study Guide</u>. Tintinalli JE,  Stapczynski JS, Cline D, Ma OJ, Cydulka RK (eds) 7th ed. McGraw -Hill, 2011, pp 1367-70

32 Bove AA, Neuman T: Diving Medicine. In: Murray and Nadel's Textbook of Respiratory Medicine W.B. Saunders, Philadelphia. Publication Pending

Revised 3/6/14

## Abstracts:

1. Neuman TS, Goad R, Linaweaver P:  Changes in hematological parameters following dives to 210 FSW and 132 FSW and their correlation with bubble score.  Undersea Biomed Res 1976; 3(1):A37-38.

2. Neuman TS, Spragg R, Goad R, Harvey C, Howard R, Moser K:  The effect of decompression and asymptomatic venous gas emboli on pulmonary gas exchange.  Undersea Biomed Res 1978;5(1):41-42.

3. Neuman TS, Spragg R, Howard R, Moser K:  Cardiopulmonary consequences of decompression stress. American Thoracic Society, May 1978, Boston, Massachusetts. Am Rev Resp Dis 1978;117(4):162.

4. Neuman T, Pruett R, Moser K: The relationship between heart rate and aerobic capacity in individuals engaged in underwater activities.  Undersea Biomed Res 1979;6(Suppl):22.

5. Neuman T, Harrell J, Moser K:  Biopsy of endobronchial lesions: Diagnostic yield from repetitive biopsies.  Am Rev Resp Dis 1979;119(4)Part 2:155.

6. Neuman T, Moser K:  Heart rate and exercise in individuals engaged in activities requiring specific ventilatory stress. Am Rev Resp Dis 1979;119(4)Part 2:155.

7. Neuman T, Moser K:  Heart rate, oxygen consumption and minute ventilation in well-trained athletes.  Am Rev Resp Dis 1979;119(4)Part 2:339.

8. Neuman T, Spragg RG, Wohl H:  Platelet aggregates following decompression.  Undersea Biomed Res 1981;8(1)Suppl:42.

9. Neuman TS, Bockman MA, Moody P, et al:  An autopsy study of traumatic deaths: San Diego County - 1979.  Southwestern Surgical Congress; April 26-29, 1982, pp 82-83.

10. Neuman TS, Bayne CG:  Intermittent hyperbaric oxygen therapy for the treatment of barotraumatic cerebral air embolism.  Undersea Biomed Res 1984;11(1)Suppl:41.

11. Neuman TS, Bove AA:  Severe refractory type II decompression sickness resulting from combined non-decompression dives and pulmonary barotrauma.  Presented at the Ninth International Symposium on Underwater and Hyperbaric Physiology, Kobe, Japan, September 1986, pp 62.

12. Powers AT, Neuman TS:  Adjunctive use of HBO for clostridial myonecrosis in the newborn.  Presented at the Ninth International Symposium on Underwater and Hyperbaric Physiology, Kobe, Japan, September 1986, pp 69-70.

13. Smith RM, Neuman TS:  Evidence for coronary artery air embolism associated with cerebral air embolism in diving accidents.  Undersea Biomed Res 1987;14(2)Suppl:17.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

## Abstracts (continued):

14. Neuman TS, Powers AT, Osborne DE:  The prevalence of asthma, diabetes and epilepsy in a population of divers.  Undersea Biomed Res 1988;15(Suppl):62-63.

15. Massive hemoptysis and arterial gas embolism. Presented at the meeting of the South Pacific Undersea Medical Society, Vanuatu, New Hebrides, May 1989.  (Abstract/Case Report)

16. Meyer FT, Guss DA, Neuman TS, Baxt WG, Dunford JV, Griffith LD, Guber SL:  The impact of a regionalized trauma system on trauma care in San Diego County.  Ann Emerg Med 1989; 18(4):474-475.

17. Jacoby I, Olson L, Neuman T:  Pneumocardium: A roengenographic marker for overwhelming pulmonary overinflation syndrome.  Poster session at the Joint Meeting on Diving and Hyperbaric Medicine, Amsterdam, The Netherlands, August 1990.  Undersea Biomed Res 1990;17(Suppl):37.

18. Bove AA, Neuman T, Kelsen S, Gleason W:  Observations on asthma in the recreational diving population. Undersea Biomed Res 1992;19(Suppl):18.

19. Powers AT, Bass B, Stewart J, Flahan M, Neuman TS:  A six-year review of scuba diving fatalities in San Diego County.  Undersea Biomed Res 1992;19(Suppl):20.

20. Neuman TS, Smith RM:  Clinical nature of AGE I (hemoconcentration).  Undersea Biomed Res 1992;19(Suppl):43-44.

21. Smith RM, Neuman TS:  Clinical nature of AGE II (biochemical abnormalities).  Undersea Biomed Res 1992;19(Suppl):44.

22. Neuman TS, Jacoby I, Olson L:  Clinical nature of AGE III (radiographic features).  Undersea Biomed Res 1992;19(Suppl):45.

23. Mosteller JA, Reich D, Harrington N, Rekow G, Jacobsen B, Powers A, Neuman T:  A ten-year review of employee hyperbaric exposures.  Undersea & Hyperbaric Med 1994;21(Suppl):18.

24. Neuman T, Jacoby I, Olson L:  Fatal diving-related arterial gas embolism associated with complete filling of the central vascular bed.  Undersea & Hyperbaric Med 1994;21(Suppl):95.

25. Bove AA, Neuman TS, Smith RM:  ECG changes associated with pulmonary barotrauma.  Undersea & Hyperbaric Med 1995;22(Suppl):55.

26. Harrell JH, Jacoby I, Neuman TS, Van Hoesen KB:  Soft tissue and chondronecrosis of the trachea and bronchial tree, and the response to hyperbaric oxygen: A visual demonstration.  Undersea & Hyperbaric Med 1996;23(Suppl):136.

27. Chan TC, Vilke GM, Neuman TS, Clausen JL:  Does the hobble restraint position result in respiratory compromise?  Acad Emerg Med 1997;4(5):459.

Revised 3/6/14

**Abstracts (continued):**

28.  Neuman TS, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Med 1997;24(Suppl):13.

29.  Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body position on pulmonary function.  Acad Emerg Med 1998;5(5):397.

30.  Snyder BK, Jackson-Friedman C, Neuman TS, Lyden PD:  Effect of hyperbaric oxygen and indomethacin on neurologic outcome in a rat model of cerebral ischemia.  Undersea & Hyperbaric Med 1999;26(Suppl):72.

31.  Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back.  Proceedings of the American Academy of Forensic Sciences 2000;VI:202.

32.  Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J:  Effect of oleoresin capsicum. Acad Emerg Med 2000;7(5):471.

33.  Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF:  Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects?  Acad Emerg Med 2001;8(5):442.

34.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, 1998 (computer file). Inter-university Consortium for Political and Social Research (distributor); 2001.

35.  Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC:  Does weight force during physical restraint cause respiratory compromise?  Acad Emerg Med 2005;12(5)(suppl):16.

36.  Michalewicz, B.A., T.C. Chan, G.M. Vilke, S.S. Levy, T.S. Neuman and F.W. Kolkhorst. Ventilatory and metabolic demands during aggressive physical restrain in healthy adults. American College of Sports Medicine Annual Meeting, Denver, CO, June 2006. Medicine and Science in Sports and Exercise 38(5 Supplement), 2006.

37.  Witucki P, Grover I, Duchnick J, Neuman T. Incidence of DCS in HBO Chamber Attendants. Undersea and Hyperbaric Medical Society Annual Meeting, Orlando FL. June 2006.Undersea and Hyperbaric Program Abstracts 64.

38.  Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F:  Does physical restraint impact metabolic oxygen consumption during exertion?  Acad Emerg Med 2006; 13(5 Supp 1):S46.

39.  Grover IR, Reed W, Neuman T. Validation of the SANDHOG Criteria for the Diagnosis of DCS and AGE. Undersea and Hyperbaric Medical Society Annual Meeting, Orlando FL. June 2006.Undersea and Hyperbaric Medicine Program Abstracts 74.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

**Abstracts (continued):**

40.  Bouton KD, Vilke GM, Chan  TC, Sloane C, Levine S, Neuman T, Levy S., Kolkhorst F.
     Physiological effects of a five second Taser exposure.  Med Sci Sports Exerc 2007;39 (5
     Supp): S323

41.  Vilke GM, Sloane C, Bouton K, Levine S, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC.
     Cardiovascular and Metabolic Effects of the Taser on Human Subjects. Society for Academic
     Emergency Conference, Chicago, IL, Acad Emerg Med 2007; 14(5 Suppl 1): S104-105,.

42.  Chan TC, Sloane C, Bouton K, Levine S, Neuman TS, Castillo EM, Kolkhorst FW, Vilke GM.
     Does the Taser Cause Respiratory Compromise? Society for Academic Emergency
     Conference, Chicago, IL, pp. S191-2 (#490), May 2007.

43.  Vilke GM, Sloane C, Levine S, Neuman TS, Castillo EM, Chan TC. Does the Taser Cause
     Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects? Society for
     Academic Emergency Medicine Conference, Chicago, IL, Acad Emerg Med 14(5 Suppl 1
     pp.S104, May 2007.

44.  Witucki P, Grover I, Duchnick J, Neuman T. Incidence of Oxygen Seizures in HBO Chamber
     Attendants. Undersea and Hyperbaric Medicine ASM; 46, 2007.

45.  Duchnick JJ, Osth C, Heaney DM, Grover IR, Witucki RJ, Neuman TS. Sodium Acetate
     Therapeutic Warming Devices: Effects of Oxygen and Pressure. Undersea and Hyperbaric
     Medicine ASM; 48, 2007.

46.  Vilke GM, Sloane C, Suffecool AC, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC.
     Physiologic Effects of the TASER on Human Subjects After Exercise. Ann Emerg Med 2007;
     50(3):S55.

47.  Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kolkorst F. The
     impact of the taser weapon on respiratory and ventilatory function in human subjects. Acad
     Emerg Med 2007; 14(5 Suppl 1): S191-192.

48.  Barnard, A.C., C. Sloane, G.M. Vilke, T.C. Chan, T.S. Neuman, F.W. Kolkhorst,
     Physiological effects of TASER X-26 after intense exercise. American College of Sports
     Medicine Annual Meeting, Indianapolis, IN, May 2008. Medicine and Science in Sports and
     Exercise 40(5 Supplement), 2008: S 475

49.  Vilke GM, Sloane CM, Suffecool A, Neuman T, Castillo EM, Kolkhorst F, Chan TC.
     Crossover-controlled human study of the physiologic effects of the Taser after vigorous
     exercise. Acad Emerg Med 2008; 15(5 Suppl 1): S155.

50.  Sloan C,  Chan T, Kohlkorst F, Castillo E, Neuman T, Vilke, G. Can A Restraint Chair Cause
     Respiratory Or Ventilatory Compromise? Society for Academic Emergency Medicine
     Conference, Chicago, IL, (#895) New Orleans, May 2009.

51.  Yun E, Neuman T A left ventricular and left middle cerebral iatrogenic AGE following AICD placement, Undersea Hyperb Med 37(5) 363, 2010

52.  Evangelista J, Van Hoesen K, Neuman T. A diver suffering from an arterial gas embolism from an unusual cause. Annual Scientific Meeting, Orlando Florida, Undersea and Hyperb Med. June 13-15, 2013

53.  Savaser D, Neuman T, Hayden S Immersion pulmonary edema precipitating a fatal air gas embolism in a SCUBA diver Annual Scientific Meeting, Orlando Florida Undersea Hyperb Med June 13-15, 2013

54.  Sloan, C., Chan, T., Vilke, G., Castilo, E., Kolkhorst, F., Neuman, T. 2013. Poster Presentation #255. The Ventilatory Effects of the Prone Maximal Restraint Position on Obese Human Subjects.  Society for Academic Emergency Medicine (SAEM), Atlanta, GA. May 15, 2013.

Revised 3/6/14

## Workshops, Proceedings, Reports and Position Statements:

1.  Neuman TS:  Why restrict people who want to dive?  In: "Fitness to Dive," the Proceedings of the 34th Undersea and Hyperbaric Medical Society Workshop, sponsored by NOAA; May 1986. Bethesda, Maryland: UHMS Publication Number 70(WS-FD); May 1987, pp 14-25.

2.  Neuman TS:  Pulmonary considerations I: Asthma; COPD; Need for special testing. In: "Fitness to Dive," the Proceeding of the 34th Undersea and Hyperbaric Medical Society Workshop, sponsored by NOAA, May 1986. Bethesda, Maryland: UHMS Publication Number 70(WS-FD); May 1987, pp 49-59.

3.  Neuman TS, Bove AA:  Severe refractory decompression sickness resulting from combined non-decompression dives and pulmonary barotrauma: Type III decompression sickness. In: "Underwater and Hyperbaric Physiology IX", the Proceedings of the Ninth International Symposium on Underwater and Hyperbaric Physiology; Kobe, Japan, September 1986. Bethesda, Maryland: Undersea and Hyperbaric Medical Society; 1987, pp 985-991

4.  Powers AT, Jacoby I, Lynch FP, Coen RW, Neuman TS:  Adjunctive use of HBO for clostridial myonecrosis in the newborn. In: "Underwater and Hyperbaric Physiology IX", the Proceedings of the Ninth International Symposium on Underwater and Hyperbaric Physiology; Kobe, Japan, September 1986. Bethesda, Maryland: Undersea and Hyperbaric Medical Society; 1987, pp 1087-1092.

5.  Neuman TS:  The role of helicopter aeroevacuation in the management of diving accident victims. In: "Advances in Underwater Science ... 88," the Proceedings of the American Academy of Underwater Sciences Eighth Annual Scientific Diving Symposium; MA Lang (Ed.). Costa Mesa, California: American Academy of Underwater Sciences; 1988, pp 113-116.

6.  Neuman TS:  United States Navy dive tables and no-stop diving.  The Proceedings of the American Academy of Underwater Sciences Dive Computer Workshop; MA Lang and RW Hamilton (Eds.). Sea Grant Publication Number USCSG-TR-01-89. Costa Mesa, California: American Academy of Underwater Sciences; 1989, pp 169-172.

7.  Hyperbaric Oxygen Therapy.  NHLBI Workshop Summary.  Am Rev Respir Dis 144(6):1414-1421; 1991.

8.  Neuman TS:  The Case for Allowing Asthmatics to Dive.  Are Asthmatics Fit to Dive? Workshop.  Undersea and Hyperbaric Medical Society Meeting, Palm Beach, Florida; June 1995.

9.  Tactical Management of Diving Casualties in Special Operations.  UHMS Workshop, Anchorage Alaska; April 30, 1996.

10. Dysbaric Osteonecrosis, Pulmonary Decompression Illness, Long Term Effects of Diving - Fitness to Dive Symposium, Cozumel, Mexico; June 17-18, 1997.

Revised 3/6/14

...man, M.D., FACP, FACPM, FUHM

**Workshops, Proceedings, Reports and Position Statements (continued):**

11. Potkin R, Alexander J, Neuman T: Asthma and Sport Diving. CTS Clinical Practice Assembly, California Thoracic Society, Medical Section of the American Lung Association of California; September 1997.

12. The Clinical Features of Pulmonary Barotrauma; Other Targets for Embolic Bubble Injury - Pre-meeting Workshop, Undersea and Hyperbaric Medical Society Meeting, Boston, Massachusetts; June 1999.

13. "Individual Perspective", the Proceedings of Reverse Dive Profiles Workshop, Smithsonian Institution, Washington, DC; October 29-30, 1999. MA Lang and CE Lehner (Eds.), pp 270-272.

14. Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T: Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions (Final Report). NCJ 182433. Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

15. Grover, I: Validation of the SANDHOG Criteria for the Diagnosis of DCS and AGE. Diving Physiol Tech and Aerospace Med 2004; 109 – 113.

16. Safe Passage: Astronaut Care for Exploration Missions, National Academy of Sciences, Institute of Medicine (Published Committee Report). JR Ball and CH Evans (Eds.); Washington, DC: National Academy Press; 2001.

17. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: Pepper spray's effects on a suspect's ability to breathe. Research in Brief (NCJ 188069), December 2001. Washington, DC: United States Department of Justice, National Institute of Justice.

18. Diagnosis of Decompression Sickness and Arterial Gas Embolism – Decompression Illness Workshop, Undersea and Hyperbaric Medical Society Meeting, La Jolla, California; June 26, 2002.

19. "Deep Decompression Stops and Their Effect Upon Doppler Ultrasonic Bubble Signals Following 210/50 and 170/30 Dives," Deep Stops and Modern Decompression Strategies Workshop, NAUI Worldwide, Technical Diving Operations; Tampa, Florida; February 22-23, 2003.

20. The Diagnosis of Decompression Sickness and Arterial Gas Embolism, UHMS DCI Adjunctive Therapy Committee Workshop, Duke University; April 17-18, 2003, pp 80-103.

21. Review of NASA's Longitudinal Study of Astronaut Health, National Academy of Sciences, Institute of Medicine. DE Longnecker, FJ Manning, and MH Worth, Jr. (Eds.); Washington, DC: National Academy Press; 2004.

22. Preliminary Considerations Regarding NASA's Bioastronautics Critical Path Roadmap, National Academy of Science, Institute of Medicine. Washington, DC: National Academy Press; 2005.

Revised 3/6/14

**Workshops, Proceedings, Reports and Position Statements (continued):**

23. "Bioastronautics Roadmap: A risk reduction strategy for the human exploration of space". DE Longnecker, R Molins. National Research Council, Institute of Medicine. Washington, D.C: National Academies Press; 2006.

24. Review of NASA's Space Health Flight Standards. Committee Report. National Academies of Sciences 2007. The National Academies Press, Washington D.C. (www.nap.edu).

25. "Early Observations of the Effect of "Deep" Decompression Stops", Decompression and the Deep Stop Workshop, Undersea and Hyperbaric Medical Society Meeting, Salt Lake City, Utah, June 24-25, 2008

26. Hyperbaric Oxygen Therapy in Traumatic Brain injury Consensus Conference, Defense Centers of Excellence for Psychological Health and Traumatic Brain Injury, Alexandria Virginia, Dec 5-6, 2008

27. Best Practice Guidelines for Prevention and Effective Treatment of Decompression Illness Proceedings: Part 2, DCS-AGE Workshop, Sept 1, 2010

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

**Presentations and Speaking Engagements:**

1.  Saturation Diving Systems – North Pacific Chapter, Undersea Medical Society, Santa Catalina, California; October 1974.

2.  Physiologic Problems of Deep Diving – Western Industrial Health Conference, San Diego, California; October 1975.

3.  Changes in Hematological and Hemorrheological Parameters Following Dives to 210 FSW and 132 FSW and Their Correlation with Bubble Score – Undersea Medical Society, Miami Beach, Florida; May 1976.

4.  Drowning and Near Drowning – Aquatic Emergencies Seminar, County of San Diego Department of Public Health; August 1976.

5.  Decompression Sickness – Grand Rounds, UCSD Medical Center; December 1976.

6.  Emergency Treatment of Near Drowning and Diving Accidents – Postgraduate Institute for Emergency Physicians, Symposium III, UCSD Office of Continuing Education; August 1976, January 10-14, 1977, July 11-15, 1977, October 28, 1977, April 9, 1978, August 11, 1978, November 4, 1978, February 9, 1979.

7.  Cardiopulmonary Complications Associated with Decompression – San Diego Division of the California Society of Cardiopulmonary Technologists; April 20, 1978.

8.  The Effect of Decompression and Asymptomatic Venous Gas Emboli on Pulmonary Gas Exchange - Undersea Medical Society, Seattle, Washington; April-May 1978.

9.  Cardiopulmonary Consequences of Decompression Stress – American Thoracic Society, Boston, Massachusetts; May 1978.

10. Physiologic Problem of Diving in Man – Physiologic Research Laboratory, Scripps Institute of Oceanography, La Jolla, California; May 30, 1978.

11. Drowning: Thermal Problems and the Effects of Increased Partial Pressure of Atmospheric Gases – American Occupational Health Association, Anaheim, California; April 30, 1979.

12. The Relationship Between Heart Rate and Aerobic Capacity in Individuals Engaged in Underwater Activities – Undersea Medical Society, Key Biscayne, Florida; May 1979.

13. Treatment of Decompression Sickness – Israeli Oceanographic Institute, Haifa, Israel; September 3, 1979.

14. Deep Ocean Diving, May 16, 1980 – Respiratory Manifestations of DCS, April 10, 1981; Topics in Respiration (Man and His Environment) with John B. West, M.D., UCSD School of Medicine, La Jolla, California.

Revised 3/6/14

**Presentations and Speaking Engagements (continued):**

15. Physiology of Decompression Sickness – Grand Rounds, UCSD Medical Center; March 11, 1981.

16. Platelets Aggregates Following Decompression – Undersea Medical Society, Monterey, California; May 26-29, 1981.

17. Recognition and Management of Diving Casualties – Course Director (25 CME credits), UCSD School of Medicine, La Jolla, California; March 1981, October 1981, September 1982, October 1983.

18. An Autopsy Study of Traumatic Deaths: San Diego County, 1979 – Southwestern Surgical Congress, 34th Annual Meeting, San Diego, California; April 29, 1982.

19. Pathophysiology of Drowning – Kaiser Permanente Medical Group of Northern California, South San Francisco, California; July 13, 1983.

20. Neurologic Sequelae in Selected Cases of Scuba-related Injury – Neurology Grand Rounds, UCSD Medical Center; August 19, 1983.

21. Diving Medicine in Depth – Selected Topics: Emergency Medicine – Course Lecturer, Human Underwater Biology, Bonaire, Netherlands Antilles; April 14-22, 1984.

22. Current Indications for Hyperbaric Oxygen Therapy – Fallbrook Hospital, Fallbrook, California; May 17, 1984.

23. Diving Medicine – Annual Meeting of the American College of Sports Medicine, San Diego, California; May 23, 1984.

24. Intermittent Hyperbaric Oxygen Therapy for the Treatment of Barotraumatic Cerebral Air Embolism – Undersea Medical Society, San Antonio, Texas; May 29-June 2, 1984.

25. Marine and Aquatic Sports Medicine – Course Lecturer, University of California, Davis, Monterey, California; June 24-27, 1984.

26. Hyperbaric Medicine – Fact and Fiction – Pomerado Hospital, San Diego, California; August 10, 1984.

27. Hyperbaric Oxygen Therapy – Villa View Community Hospital, San Diego, California; October 18, 1984.

28. Carbon Monoxide Poisoning Complicated by Near Drowning – Management and Mortality Conference, Department of Medicine, UCSD Medical Center; October 26, 1984.

29. Medicine in the Aquatic Environment – Principal Lecturer, Cairns, Australia; November 2-17, 1984.

Revised 3/6/14

, M.D., FACP, FACPM, FUHM

## Presentations and Speaking Engagements (continued):

30.  Near Drowning – Medical Chest Conference, UCSD School of Medicine; March 21, 1985.

31.  Diving Medicine in Depth – Selected Topics: Emergency Medicine – Course Lecturer, Human Underwater Biology, Bonaire, Netherlands Antilles; April 1-7, 1985.

32.  Syncope at 30 Feet – A Case of Carbon Monoxide Poisoning – Management and Mortality Conference, Department of Medicine, UCSD Medical Center; May 3, 1985.

33.  Diving Medicine in Depth: Introduction to Diving Medicine – Course Lecturer, Human Underwater Biology, Grand Cayman Island; July 7-13, 1985.

34.  Hyperbaric Therapy: Fact and Fancy – Advances in Internal Medicine Postgraduate Course, Department of Medicine, UCSD Medical Center; September 2, 1985.

35.  Arterial Gas Embolism – Management and Mortality Conference, Department of Medicine, UCSD Medical Center; January 17, 1986.

36.  Hyperbaric Medicine in Current Medical Practice – Annual Meeting of the Oregon Physicians Ski Association, Sun River, Oregon; February 20, 1986.

37.  Diving Medicine in Depth – Selected Topics: Special Problems – Course Lecturer, Human Underwater Biology, Bonaire, Netherlands Antilles; March 22-29, 1986.

38.  Diving Safety – Presentation to the San Diego County Sheriff's Special Enforcement Detail, San Diego, California; June 11, 1986.

39.  Introduction to Diving Medicine – Presentation to the Medical Department of the California Institution for Men, Chino, California; July 3, 1986.

40.  Diving Medicine in Depth – Selected Topics: Special Problems – Course Lecturer, Human Underwater Biology, Grand Cayman Island; July 12-19, 1986.

41.  Severe Refractory Type II Decompression Sickness Resulting from Combined "No Decompression" Dives and Pulmonary Barotrauma – Ninth International Symposium on Underwater and Hyperbaric Physiology, Kobe, Japan; September 20, 1986.

42.  Symptoms and Treatment of Arterial Gas Embolism and Decompression Sickness – U.S. Coast Guard Air Station, San Diego, California; September 25, 1986.

43.  Hyperbaric Oxygen Therapy and Osteoradionecrosis – Grand Rounds, Division of Head and Neck Surgery, Veterans Affairs Medical Center, La Jolla, California; January 9, 1987.

44.  Drowning – Medical Chest Conference, Division of Pulmonary and Critical Care Medicine, UCSD Medical Center; January 22, 1987.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

**Presentations and Speaking Engagements (continued):**

45. Interpretation of Arterial Blood Gases—Emergency Medicine Lecture Series, Veterans Affairs Medical Center and UCSD Medical Center; July 28 & 31, 1987.

46. Evaluation of the Patient in Respiratory Distress and the Interpretation of the Arterial Blood Gases – Family Medicine Grand Rounds, UCSD Medical Center; August 6, 1987.

47. Drowning – Sharp Rees-Stealy Medical Group, San Diego, California; September 4, 1987.

48. Hyperbaric Oxygenation: Current Status – Medical Chest Conference, Division of Pulmonary and Critical Care Medicine, UCSD Medical Center; October 22, 1987.

49. Hyperbaric Medicine – School of Medicine Associates, UCSD School of Medicine; November 18, 1987.

50. Guest Lecturer, Underwater Medicine 1988, sponsored by Temple University School of Medicine, held at Cayman Brac; January 23-29, 1988.

51. Summit to Submarine - Baromedicine from Altitude Sickness to the "Bends" and "Drowning" – California Medical Association Western Scientific Assembly, Reno, Nevada; March 5, 1988.

52. Medical Evaluation of Scuba Divers – Student Health Services, San Diego State University; April 21, 1988.

53. Clinical Hyperbaric Medicine Course – Principal Lecturer, Alvarado Medical Center, San Diego, California; April 23-24, 1988.

54. Decompression Sickness and Arterial Gas Embolism – Management and Mortality Conference, Department of Medicine, UCSD Medical Center; April 28, 1988.

55. Current Indications for Hyperbaric Oxygen Therapy – Grand Rounds, Children's Hospital and Medical Center, San Diego, California; April 29, 1988.

56. The Prevalence of Asthma, Diabetes and Epilepsy in a Population of Divers – Undersea and Hyperbaric Medical Society, New Orleans, Louisiana; June 6-10, 1988.

57. Diving Medicine – Sports Medicine 1988: A Practical Approach to Caring for Today's Athlete, San Diego, California; July 29, 1988.

58. Near Drowning and Diving Medicine: Case Presentations – Fourth Annual Wilderness Medicine Conference, Snowmass, Colorado; August 14-15, 1988.

59. USN Dive Tables – American Association of Underwater Scientists Workshop, USC Marine Science Center, Catalina, California; September 27, 1988.

60. Diving Accidents – Management and Mortality Conference, Department of Medicine, UCSD Medical Center; October 28, 1988.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

**Presentations and Speaking Engagements (continued):**

61. Computer-Assisted Diving – Banquet Speaker, The Hazards of Diving in Polluted Water, University of Maryland Sea Grant, Bethesda, Maryland; December 13-16, 1988.

62. Guest Lecturer, Underwater Medicine 1989, sponsored by Temple University, held at Virgin Gorda, British Virgin Islands; January 14-21, 1989.

63. Carbon Monoxide Poisoning – Grand Rounds, Department of Medicine, UCSD Medical Center; February 15, 1989.

64. Carbon Monoxide Poisoning – Morbidity and Mortality Conference, Children's Hospital and Health Center, San Diego, California; April 18, 1989.

65. Hyperbaric Oxygen Therapy for Osteoradionecrosis of the Mandible – Advanced Oral and Maxillofacial Surgery Course, Naval Dental Clinic, San Diego, California; May 8-10, 1989.

66. Pulmonary Problems – Fit to Dive, Pre-meeting Course of the Undersea and Hyperbaric Medical Society, Honolulu, Hawaii; June 6, 1989.

67. Near Drowning and Diving Medicine – Marine Medicine 1989, UCSD Office of Continuing Medical Education, San Diego, California; July 10-14, 1989.

68. Interpretation of Arterial Blood Gases – Emergency Medicine Lecture Series, VA Medical Center and UCSD Medical Center; July 18 & 26, 1989.

69. Diving Medicine in Depth – Selected Topics: Special Problems – Course Lecturer, Human Underwater Biology, Cayman Brac; July 30-August 4, 1989.

70. Pressure Related Illness from the Sea to Summit – Fifth Annual Wilderness Medicine Conference, Snowmass, Colorado; August 13, 1989.

71. Diving Medicine – Fifth Annual Wilderness Medicine Conference, Snowmass, Colorado; August 14, 1989.

72. Asthma and Diving – Pulmonary Fitness for Diving – 1990 Joint Annual Conference of the Undersea and Hyperbaric Medical Society's Gulf Coast Chapter, the Undersea and Hyperbaric Medical Society Associates, and the Baromedical Nurses Association, Birmingham, Alabama; April 26, 1990.

73. Hyperbaric Oxygen and Head & Neck Surgery – ENT Grand Rounds, UCSD Medical Center; May 10, 1990.

74. Osteoradionecrosis and Hyperbaric Oxygen – Advanced Oral and Maxillofacial Surgery, Department of the Navy, San Diego, California; May 16, 1990.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

## Presentations and Speaking Engagements (continued):

75. Marine Bites and Stings – Wound Management Workshop for Nonsurgeons, UCSD Medical Center; May 18, 1990.

76. Near Drowning – Marine Medicine 1990, UCSD Office of Continuing Education, San Diego, California; July 9, 1990.

77. Diving Medicine: An Overview – Marine Medicine 1990, UCSD Office of Continuing Education, San Diego, California; July 10, 1990.

78. Where Do Standard Tables (Navy) Come From and How Safe Are They? – Marine Medicine 1990, UCSD Office of Continuing Education, San Diego, California; July 11, 1990.

79. Workshop on Advanced Diving Medicine: Decompression Tables (Moderator) – Marine Medicine 1990, UCSD Office of Continuing Education, San Diego, California; July 11, 1990.

80. Diving Medicine in Depth – Selected Topics: Fitness to Dive – Course Lecturer, Human Underwater Biology, Fiji; October 9-20, 1990.

81. Treatment of Carbon Monoxide Poisoning – Department of Emergency Medicine, Naval Hospital, San Diego, California; December 6, 1990.

82. Course Lecturer, Underwater Medicine 1991, sponsored by Temple University, held at Bonaire, Netherlands Antilles; January 13-18, 1991.

83. Carbon Monoxide Poisoning – Management and Mortality Conference, Department of Medicine, UCSD Medical Center; March 1, 1991.

84. Diving Accidents – Ambulatory Care Conference, Department of Medicine, UCSD Medical Center; March 5, 1991.

85. Diving Medicine – Grand Rounds, Division of Family Medicine, UCSD Medical Center; April 17, 1991.

86. HBO Therapy and its Role in the Management of Necrotizing Soft Tissue Infections – Trauma Conference, Department of Surgery, UCSD Medical Center; April 23, 1991.

87. Hyperbaric Medicine – Wednesday Morning Lecture Series, Sharp Memorial Hospital; May 22, 1991.

88. Diving and Decompression – Introductory Pulmonary Clinical Course, Pulmonary and Critical Care Division, UCSD Medical Center; July 3, 1991.

89. Drowning – Grand Rounds, Department of Surgery, UCSD Medical Center; August 3, 1991.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

**Presentations and Speaking Engagements (continued):**

90. Clinical Nature of AGE I (hemoconcentration); Clinical Nature of AGE II (biochemical abnormalities); and Clinical Nature of AGE III (radiographic features) – Annual Conference of the Undersea and Hyperbaric Medical Society, Bethesda, Maryland; June 25, 1992.

91. Diving Medicine – Marine Medicine 1992, UCSD Office of Continuing Education, San Diego, California; July 16, 1992.

92. Neurologic Consequences of Diving Accidents – Grand Rounds, Department of Neurology, UCSD Medical Center; November 6, 1992.

93. Indications For and Use of Hyperbaric Oxygen Therapy – Department of Medicine Noon Conference, Veterans Affairs Medical Center, La Jolla, California; December 7-8, 1992.

94. Drowning and Diving Medicine – Palomar College; December 9, 1992.

95. Diving Physics; Decompression Tables and Computers; Pathophysiology and Treatment of AGE; Diagnosis and Management of Decompression Sickness; Multiplace and Monoplace Chambers – Underwater Medicine 1993, sponsored by Temple University, held at Bay Islands, Honduras; January 17-24, 1993.

96. Near Drowning; Pathophysiology and Treatment of Decompression Sickness; Asthma and Diving; History of Navy Tables and Their Safety; Computerized Diving – 22nd Diving Accident and Hyperbaric Medicine Course, Divers Alert Network, Duke University, held at Cozumel, Mexico; April 24 - May 1, 1993.

97. Hyperbaric Oxygen Therapy – Department of Medicine Noon Conference, Veterans Affairs Medical Center and UCSD Medical Center; September 13, 1993 and September 21, 1993.

98. Lies, Damn Lies and Diving Medicine – Diver's Day, sponsored by Hyperbaric Oxygen Treatment Center at Saint Joseph Health Center and The Lee's Summit Underwater Recovery Unit, Kansas City, Missouri; October 9, 1993.

99. Diving Associated Arterial Gas Embolism – Pulmonary and Critical Care Grand Rounds, UCSD Medical Center; February 17, 1994.

100. Diving Medicine; Carbon Monoxide Poisoning; Near Drowning; Hyperbaric Medicine – 14th Annual Colorado Symposium on Emergency Care, Durango, Colorado; April 22-24, 1994.

101. Diving Medicine; Near Drowning – Wilderness Medicine Conference, Snowmass, Colorado; August 18-19, 1994.

102. Near Drowning; U.S. Navy Tables Pathophysiology and Treatment of AGE; Computerized Diving; Asthma and Diving – 25th Diving Accident and Hyperbaric Medicine Course, Divers Alert Network, Duke University, held at Peter Island, British Virgin Islands; October 1-8, 1994.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

## Presentations and Speaking Engagements (continued):

103. Arterial Air Embolism; Asthma and Diving; Decompression Safety; Diving Accident Analysis – Underwater Medicine 1995, sponsored by Temple University, held at St. Lucia, West Indies; January 14-21, 1995.

104. Asthma and Diving; "Are Asthmatics Fit to Dive" Pre-meeting Symposium, Undersea and Hyperbaric Medical Society, West Palm Beach, Florida; June 21, 1995.

105. Diving Medicine; Keynote Speaker at Century Hospital Staff and Faculty Retreat, La Costa, California; July 15, 1995.

106. Neurologic Aspects of Dysbarism – Grand Rounds, Department of Neurosciences, UCSD Medical Center, San Diego, California; September 15, 1995.

107. Barotrauma; Arterial Air Embolism; Diving with Asthma; Decompression Safety; Near Drowning – Underwater Medicine 1996, sponsored by Temple University, held at Little Cayman Island; January 14-19, 1996.

108. Arterial Air Embolism; Technical Diving; Near Drowning; Diving with Asthma – Diving Medicine Course, Divers Alert Network, Duke University, held at Moorea, French Polynesia; September 29-October 6, 1996.

109. Advances in Treatment and Understanding Arterial Gas Embolism – Explosive Ordinance Disposal Group, Diving Medicine Symposium, Coronado, California; November 21, 1996.

110. Arterial Gas Embolism; Diving Safety; Diving and Asthma – Underwater Medicine 1997, sponsored by Temple University, held at Cozumel, Mexico; January 12-18, 1997.

111. The Care of the Critically Ill in a Hyperbaric Chamber, Carbon Monoxide Poisoning, Arterial Gas Embolism – IX International Symbolism of Critical Care Medicine, SOPATI Sao Paulo, Brazil; June 6-8, 1997.

112. Diving Medicine; Near Drowning – Wilderness Medicine Conference, Snowmass, Colorado; August 17-18, 1997.

113. Near Drowning – Grand Rounds, Department of Emergency Medicine, UCSD Medical Center, San Diego, California; November 11, 1997.

114. Oxygen Toxicity – Keynote Speaker at Great Lakes Chapter, Undersea and Hyperbaric Medical Society Meeting, Hamilton, Canada; November 15, 1997.

115. Review of Arterial Gas Embolism – Naval Environmental Health Conference, San Diego, California; March 27, 1998.

116. Pulmonary Barotrauma and Arterial Gas Embolism – Institute for Marine Medicine, Simon's Town, Republic of South Africa; July 23, 1998.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

## Presentations and Speaking Engagements (continued):

117.  Drowning and Breathhold Diving; Pathophysiology and Treatment of AGE and DCI; Potential Long Term Effects, Neurological, Aseptic Necrosis, etc; Computers and Diving, Pathophysiology and Treatment with HBO – Diving Medicine Course, Divers Alert Network, Duke University, held at Cozumel, Mexico; October 4-9, 1998.

118.  Hyperbaric Oxygen Therapy - Grand Rounds, Northridge Hospital, Northridge, California; January 15, 1999.

119.  Barotrauma; Diving with Asthma; Decompression Safety—Underwater Medicine 1999, sponsored by Temple University, held at Little Cayman Island; January 17-22, 1999.

120.  Moderator, Session on Health Effects of Diving, Undersea and Hyperbaric Medical Society Meeting, Boston, Massachusetts; June 1999.

121.  Non-Pulmonary Barotrauma, Pulmonary Barotrauma, Diving and Asthma, Near Drowning - Underwater Medicine 2000, sponsored by Temple University, held at Peter Island, British Virgin Islands; January 15-22, 2000.

122.  Near Drowning—Grand Rounds, Department of Emergency Medicine, UCSD Medical Center, San Diego, California; March 13, 2001.

123.  Diving Medicine; Near Drowning—Wilderness Medicine Conference, Keystone, Colorado; July 7-8, 2001.

124.  Treatment of Decompression Illness, Non-Pulmonary Barotrauma, Pulmonary Barotrauma, Diving and Asthma, Near Drowning, Diving Tables and Computers - Underwater Medicine 2002, sponsored by Temple University, held at Curacao, Netherlands Antilles; January 12-19, 2002.

125.  Drowning and Near Drowning, Topics and Advances in Internal Medicine, UCSD School of Medicine, San Diego, California; March 2, 2002.

126.  Near Drowning, Sudden Death; Breath Hold Diving, Pathophysiology and Treatment of Arterial Gas Embolism, Fitness to Dive:  Diving Action Network (DAN), 44th Diving and Hyperbaric Medicine Course, Turks & Caicos, B.W.I.; April 21-23, 2002.

127.  Arterial Gas Embolism, The Diagnosis of Decompression Sickness and AGE, Naval School of Diving and Salvage, Panama City, Florida; October 17, 2002.

128.  "Deep Decompression Stops and Their Effect Upon Doppler Ultrasonic Bubble Signals Following 210/50 and 170/30 Dives," Deep Stops and Modern Decompression Strategies Workshop, NAUI Worldwide, Technical Diving Operations, Tampa Florida; February 22-23, 2003.

129.  The Diagnosis of Decompression Sickness and Arterial Gas Embolism, Adjunctive Therapy for DCI Workshop, Duke University; April 17, 2003.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

**Presentations and Speaking Engagements (continued):**

130. Arterial Gas Embolism, The Diagnosis of Decompression Sickness and AGE, Naval School of Diving and Salvage, Panama City, Florida; April 24, 2003

131. Underwater Medicine, 29th Annual Underwater Medicine Course, Temple University School of Medicine, Dominica West Indies; January 17-24, 2004.

132. Arterial Gas Embolism, The Diagnosis of Decompression Sickness and AGE, Naval School of Diving and Salvage, Panama City, Florida; April 29, 2004.

133. The Diagnosis of Decompression Sickness and Arterial Gas Embolism, Adjunctive Therapy for DCI Workshop, Duke University; April 30, 2004.

134. Non- pulmonary Barotrauma, Pulmonary Barotrauma, Decompression Sickness and the Deep Stop, The Diagnosis of Decompression Sickness, Computers and Diving, Technical diving and Nitrox. Divers Alert Network (DAN), 55th Diving and Hyperbaric Medicine Course, Bonaire, NA; Oct 21 - 28, 2005.

135. The Moon, Mars and Beyond: The Physiologic Problems of Space Flight Beyond Low Earth Orbit – Grand Rounds, Department of Emergency Medicine, UCSD Medical Center, San Diego, California; January 10, 2006.

136. Lung Barotrauma and Arterial Gas Embolism, Near Drowning, Diagnosing Diving Disorders, Decompression Computers, The Mission to Mars: Links between Undersea and Space Environments, Underwater Medicine 2006, Sponsored by Temple University, Saint Lucia; January 14-21, 2006.

137. Positional Asphyxia and How it Morphed into Compressional Asphyxia. 2nd Annual Sudden Death, Excited Delirium & In-Custody Death Conference. Institute for the Prevention of in Custody Deaths, INC. Las Vegas, Nevada November 28-30, 2007.

138. Pulmonary Barotrauma, Diagnosing DCS and AGE, Pulmonary Disorders and Diving, Near Drowning, and Diving Tables and Computers, Underwater Medicine 2008, Sponsored by Temple University, Dominica; January 13- 18, 2008.

139. The Diagnosis of Decompression Sickness, Computerized Diving, Technical Diving, Myths of Diving, Off-Label Uses of HBOT. Divers Alert Network (DAN), 62nd Diving and Hyperbaric Medicine Course, Cayman Brac, May 3-10 2008.

140. Barotrauma, Diving Tables and Computers, Pulmonary Disorders and Diving, Diagnosing DCS- The SANDHOG Criteria, Drowning Underwater Medicine 2009, Sponsored by Temple University, Cozumel; January 18-23, 2009.

141. Heart Weights and Their Importance in Autopsy, and Asphyxia and Sudden Death. Forensic Analyst: Excited Delirium, Sudden, In Custody Deaths. Institute for the Prevention of in Custody Deaths, INC. Las Vegas, Nevada April 15-17, 2009.

Revised 3/6/14

Curriculum Vitae
Tom S. Neuman, M.D., FACP, FACPM, FUHM

## Presentations and Speaking Engagements (continued):

142. Restraint Asphyxia, Excited Delirium Conference, Canadian Centre for the Prevention of In-Custody Deaths, Niagra Falls, Canada May 25-26, 2009

143. Restraint Asphyxia Forensic Analyst: Excited Delirium, Sudden, In Custody Deaths. Institute for the Prevention of in custody Deaths, INC, Baltimore Maryland, Oct 20-22, 2009

144. Restraint Asphyxia; Breathing 201. Practical Solutions Conference Canadian Centre for the Prevention of In-Custody Deaths, Niagra Falls, Canada April 19-20, 2010

145. The Science and Politics of Positional Asphyxia. 5nd Annual Sudden Death, Excited Delirium & In-Custody Death Conference. Institute for the Prevention of in Custody Deaths, INC. Las Vegas, Nevada November 18, 2010.

146. Barotrauma, Diving Tables and Computers, Pulmonary Disorders and Diving, Drowning, Investigating Diving Accidents; How do Divers Die? Underwater Medicine 2011, Sponsored by Temple University, St. Lucia; January 23-28, 2011.

147 Dive Computers, Pulmonary Barotrauma and AGE, and Investigation of Diving Deaths, NOAA/UHMS, Physicians Training in Diving Medicine. NOAA Western Conference Center, Seattle Washington Aug 8-19, 2011

148. Computers and Diving, Drowning, Barotrauma-Pulmonary and Others, and Investigation of Diving Deaths at "Diving and Hyperbaric Oxygen Therapy. Undersea and Hyperbaric Medical Society, Kailua – Kona, Oct 15-22, 2011

149. Barotrauma, Immersion Pulmonary Edema, Sudden Death in Divers, Fitness to Dive, Exercise and the Lungs. Sponsored by Temple University, Little Cayman Island: Jan 13-18, 2013

Revised 3/6/14

# Tom S. Neuman, M.D., FACP, FACPM
## 579 Amphitheater Drive
## Del Mar, California 92014
### 858-755-0795

June 19, 2013

Ms. Raylene DeWitte Grischow
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200,
Springfield, Illinois, 62701-1908
(via email; hard copy will not follow)

Dear Ms. Grischow:

Thank you for your email. As I mentioned in my email to you I have attached my c.v for your files. My fees are $600.00 per hour for meetings, conversations, consultations, review of documents, etc. For depositions my fee is $2500.00 (flat deposition fee) and for trial $5000.00 per day plus expenses. I schedule depositions to begin at either 8 AM or 1 PM as I have to allocate a full half-day for these proceedings. I normally send out statements at the end of each month, however for depositions I must insist my fee be paid at the time of testimony. Travel time is billed at my usual daily rate. I also require that a cancellation fee of $1000.00 be paid should a deposition or a trial be canceled within 3 business days of its scheduled date. I look forward to speaking with you tomorrow

Please note that the address above is the fastest way to send material to me. My cell phone number is the best way to contact me at 619 994 3718. In the interim, if there is anything further I can do for you please do not hesitate to call me.

I look forward to working with you.

Very truly yours,

Tom S. Neuman, MD, FACP, FACPM
Emeritus, Professor of Medicine
University of California, San Diego

| Year | Attorney | Case Name | Trial/Dep. | Def/Plf |
|------|----------|-----------|------------|---------|
| **2014** | | | | |
| | Mr. Frank Koziol<br>Attorney at Law<br>618 Christensen Drive<br>Anchorage, Alaska 99501 | Pennington vs. Seward | Trial | Defense |
| **2013** | | | | |
| | Mr. Tom Gaillard<br>Galloway, Wettermark, Everest, et al<br>3263 Cottage Hill Road<br>Mobile Alabama 36606 | Mingo vs Mobile | Depo | Defense |
| | Mr Keith Henson<br>Paule, Camazine & Blumenthal<br>165 Noth Meramec Ave, Suite 110<br>St. Louis, MO 63105-3772 | Norman vs. Camden | Depo | Defense |
| | Mr. Richard Lesser<br>Lesser and Associates<br>423 S. Pacific Coast Hwy, Suite 206<br>Redondo Beach, CA 90277 | Myers vs Si Tech | Trial<br>Depo 2012 | Defense |
| **2012** | | | | |
| | Mr. Jeffrey O'Hara<br>Newmeyer and Dillon LLP<br>895 Dove Street, 5th Floor<br>Newport Beach, CA 92660 | State of CA vs Tran | Trial | Defense |
| | Mr. Dennis Gonzales<br>Lawrence, Beach, Allen, et al<br>100 West Broadway, Suite 1200<br>Glendale, CA 91210-1219 | Batchan vs. COLA | Depo &<br>Trial | Defense |

2011

| | | | |
|---|---|---|---|
| Mr. Steven Hewitt<br>Hewitt & Truszkowski<br>4640 Lankershim Blvd<br>North Hollywood CA 91602 | Fullington vs Horizon | Depo &<br>Trial | Defense |
| Mr. Mark Hruska<br>Schwartz and Horowitz<br>6751 N Federal Hwy, Suite 400<br>Boca Raton, FL 33487 | Morita vs. Paradise | Depo | Defense |
| Daniel E. Kenney<br>Harrington, Foxx, Dubrow & Canter<br>1055 West Seventh Street, 29th Floor<br>Los Angeles, California 90017-2547 | Simmons v. Rapture | Depo &<br>Trial | Defense |