IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| RICHARD BURNS as ADMINISTRATOR of the ESTATE of PATRICK BURNS, (deceased), <br><br> Plaintiff, <br> vs. <br><br> NEIL WILLIAMSON, as SHERIFF OF SANGAMON COUNTY, LIFESTAR AMBULANCE SERVICE, INC., et al., et al., <br> Defendants. | Cause No. 11-CV-03020 |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT,
FINDING OF GOOD FAITH,  AND
LIMITED APPORTIONMENT OF PROCEEDS
PURSUANT TO 740 ILCS 180/2**

COME NOW the parties to the above-captioned action and Move this Court to Approve Settlement pursuant to the Illinois Wrongful Death Act, 740 ILCS 180/1 et seq., and in support thereof state:

1.    This cause for Wrongful Death of Patrick Burns was commenced and prosecuted by the proper Administrator of the Estate of Patrick Burns, and was set for trial in October 2015. The parties hereto, have fairly and at arms-length at court-ordered mediation reached agreements to settle all claims between them.

2.    The terms of the settlement agreements with each Defendant are presented in camera to the Court and represent all of the terms therein.  The terms of the settlement with Lifestar Ambulance Service and its employees or agents include a confidentiality clause.

1

4.      The settlements herein are the product of long and difficult litigation, and extensive arms-length negotiation, and of court ordered mediation, and represent a fair and good faith resolution of the matter as it stands at this time.

5.      Pursuant to 740 ILCS 180/2, the approval and good faith finding of this Court, as the trial court, is required to establish finality of the amount and terms of the settlements with Defendants.

6.      It is noted that pursuant to the terms of 740 ILCS 180/2, applicable to this action, there being one minor beneficiary as defined in that Section, that distribution of the funds remaining in the IOLTA Trust account of Plaintiffs' counsel after the payments and distributions of the preceding paragraph are made, shall be determined by the Illinois state probate court upon Motion for the same.

WHEREFORE, the Plaintiff with consent and stipulation of all parties hereto, prays this Court enter its Order finding the Settlements to be in good faith and approving the same, ordering that upon timely receipt of the settlement funds from each of the Defendants, Plaintiffs shall cause to be filed a Dismissal with Prejudice pursuant to Settlement by October 2, 2015, or as soon thereafter as can be done, ordering that as agreed by plaintiffs, plaintiffs' counsel pay the costs and attorney fees and any claims against the proceeds from the IOLTA Trust account when the funds have cleared, and Ordering that the cause be Dismissed with Prejudice upon receipt of all settlement funds, and that plaintiffs shall apply to the Illinois probate court for further approval of the distribution to the Wrongful Death beneficiaries.

2

The Law Offices of David N. Damick


    s/David Damick
 David N. Damick, #06208797
One Metropolitan Square, Suite 2420B
211 North Broadway
St. Louis, Missouri 63102-2733
TEL: (314) 231-0570
FAX: (314) 621-8639
Co-counsel for Plaintiff




<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on the <u>10th</u> day of September, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address listed in the CM/ECF system records for the following parties:

Thomas H, Wilson
thw@heplerbroom.com
Attorney for Defendant Lifestar

Theresa M. Powell
Joseph N. Rupcich
tpowell@heylroyster.com
jrupcich@heylroyster.com
Counsel for Sangamon County


    /s/ David Damick