IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD, ILLINOIS

| | |
|---|---|
| RICHARD BURNS as ADMINISTRATOR of the ESTATE of PATRICK BURNS, (deceased),<br><br>        Plaintiff,<br>vs.<br><br>NEIL WILLIAMSON, as SHERIFF OF SANGAMON COUNTY, LIFESTAR AMBULANCE SERVICE, INC., et al., et al.,<br>        Defendants. | Cause No. 11-CV-03020 |

**ORDER APPROVING SETTLEMENT,
FINDING OF GOOD FAITH, AND
LIMITED APPORTIONMENT OF PROCEEDS
PURSUANT TO 740 ILCS 180/2**

THIS CAUSE, COMING BEFORE THE COURT on the Party's joint Motion to Approve Settlement pursuant to the Illinois Wrongful Death Act, 740 ILCS 180/1 et seq., the Court being advised in the premises finds as follows:

1. This cause for Wrongful Death of Patrick Burns was commenced and prosecuted by the proper Administrator of the Estate of Patrick Burns, and was set for trial in October 2015. The parties hereto, have fairly and at arms-length at court-ordered mediation reached agreements to settle all claims between them.

2. The terms of the settlement agreements with each Defendant have been presented to the Court for review. The Court has examined the terms thereof and with knowledge of the case finds that the negotiations and settlement are in good faith and although contested are in fair consideration of the position of the parties at the time of the mediation.

3. The terms of the settlement with Lifestar Ambulance Service and its employees or agents include a confidentiality clause.

4. It is Ordered that Defendants shall pay, and Plaintiffs' counsel shall receive the settlement proceeds within the time periods of the Settlement Agreements.

5. Pursuant to 740 ILCS 180/2, this Court, as the trial court, approves and orders the distribution of fees and costs pursuant to the representation agreement between the Estate and the attorneys of record, when the settlement funds have been received and cleared, in accord with the authorization by Plaintiffs.

6. The Court further notes that pursuant to the terms of 740 ILCS 180/2, applicable to this action, there being one minor beneficiary as defined in that Section, that distribution of the funds remaining in the IOLTA Trust account of Plaintiffs' counsel after the payments and distributions of the preceding paragraph are made, shall be determined by the probate court upon Motion for the same.

7. Upon timely receipt of the settlement funds from each of the Defendants, Plaintiffs shall cause to be filed a Dismissal with Prejudice pursuant to Settlement by October 2, 2015, or as soon thereafter as can be done.

SO ORDERED: September 11, 2015

      ___s/ Tom Schanzle-Haskins_____
      UNITED STATES MAGISTRATE JUDGE